UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CHERRY NEWSON-PACE, ALTON R. MATTHEWS, AND CHARLIE WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> HITT CONTRACTING INC., SAVI EHS / Amphibious Group, BRIGADA CO, CERTIFIED SAFETY, <br><br> Defendants. | CIVIL ACTION NO. _____ <br><br> Removed from the Superior Court of Fulton County, Georgia <br><br> Case No. 2025V-0762 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant HITT Contracting Inc. ("HITT"), hereby removes this action from the Superior Court of Fayette County, Georgia, where it is currently pending, to the to the United States District Court for the Northern District of Georgia, Newnan Division. The grounds for removal are as follows:

### I.     PROCEDURAL BACKGROUND

1.     On or about August 7, 2025, Cherry Newson-Pace ("Pace"), Alton R. Matthews ("Matthews"), and Charlie Williams ("Williams") (collectively "Plaintiffs") filed a Complaint against Defendant HITT in the Superior Court of

Fayette County, Georgia, captioned <u>Cherry Newson-Pace, Alton R. Matthews, and Charlie Williams v. HITT Contracting Inc., Savi EHS / Amphibious Group, Brigada Co, Certified Safety Experts</u>, No. 2025V-0762 ("State Court Case").

2. Plaintiffs served HITT via CT Corporation System with the Complaint on August 8, 2025, and filed the Sherriff's entry of service on August 11, 2025.

## II.  COMPLAINT ALLEGATIONS

3. The Complaint involves allegations against multiple defendants related to a project in Fayetteville, Georgia and various alleged safety concerns.

4. Plaintiffs allege defamation (Count I), intentional infliction of emotional distress (Count II), retaliation for protected activity (Count III), tortious interference with employment (Count IV), blacklisting (Count V), Hostile Work Environment/Mobbing (Count VI), Retaliation under Title VII (Count VII). Plaintiffs also allege that the actions complaint of violated Section 11(c) of the Occupational Safety and Health Act (29 U.S.C. § 660 (c)), O.C.G.A. § 34-1-3 (blacklisting), and Title VII of the Civil Rights Act (42 U.S.C. § 2000e-3). The Complaint is attached as **Exhibit A**.

5. Based on Plaintiffs' Complaint, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Complaint raises federal questions under 42 U.S.C. Section 2000e-3 and 29 U.S.C. Section 660.

6. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over all state law claims alleged in Plaintiffs' Complaint, as these claims arise from the same case or controversy as those arising under 42 U.S.C. Section 2000e-3 and 29 U.S.C. Section 660.

7. The United States District Court for the Northern District of Georgia, Newnan Division, is the proper venue because it embraces the location where the State Court Case was filed. 28 U.S.C. §§ 1441(a), 90(a)(4).

8. This Notice of Removal is filed within thirty days of service of the Summons and Complaint and is therefore timely. 28 U.S.C. § 1446(b)(1).

9. A copy of all processes, pleadings and orders served in the State Court Case are attached to this Notice of Removal as **Exhibit B**. 28 U.S.C. § 1446(a).

10. HITT has provided written Notice of Removal to all parties in this action and has filed a copy of this Notice of Removal in the Superior Court of Fayette County, Georgia. 28 U.S.C. § 1446(d)

11. By removing this matter, Defendants do not waive or intend to waive any defense, including but not limited to insufficiency of service of process.

12. All defendants having been served in the State Court Case have joined and consented to the removal of this action.

WHEREFORE, HITT respectfully requests that the above-described action pending in the Superior Court of Fayette County be removed to this Court.

Respectfully submitted this 8th day of September, 2025.

>*/s/ Micah Dickie*
>J. Micah Dickie
>Georgia Bar No. 324015
>mdickie@fisherphillips.com
>FISHER & PHILLIPS LLP
>1230 Peachtree Street NE, Suite 3300
>Atlanta, GA 30309
>Telephone: (404) 260-3419
>Kate K. Mize
>Georgia Bar No. 550273
>kmize@fisherphillips.com
>404-240-4145
>Facsimile: (404) 240-4249
>*Counsel for Defendant HITT Contracting Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CHERRY NEWSON-PACE, ALTON R. MATTHEWS, AND CHARLIE WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> HITT CONTRACTING INC., SAVI EHS / Amphibious Group, BRIGADA CO, CERTIFIED SAFETY, <br><br> Defendants. | CIVIL ACTION NO. _____ <br><br> Removed from the Superior Court of Fulton County, Georgia <br><br> Case No. 2025V-0762 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2025, a copy of the foregoing **NOTICE OF REMOVAL** was filed via the Court's CM/ECF filing system.

The following were served via U.S. Postal Service and Electronic Mail:

William Daniel Davis, Esq.
Ichter Davis, LLC
400 Interstate N. Parkway, SE
Suite 860
Atlanta, Georgia 30339
*Attorney for Defendant Brigada LLC*

Jeffrey S. Wilson, Esq.
Jackson Lewis, P.C.
171 17th Street NW
Suite 1200
Atlanta, GA  30363
*Attorney for Certified Safety Experts*

Cheree Newson Pace, pro se
855 Streamside Drive
McDonough, GA  30252
Chereenpace@gmail.com

The following were served via Electronic Mail:

Alton R. Matthews, pro se
Armgeneralservicesllc@gmail.com

Charlie Williams, pro se
Cwglobalconsulting@aol.com

                                                         */s/ J. Micah Dickie*
                                                         J. Micah Dickie