# EXHIBIT B

⚜ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FAYETTE COUNTY, GEORGIA

**2025V-0762**
**RHONDA B KREUZIGER**
**AUG 07, 2025 09:26 AM**

Sheila Studdard, Clerk
Fayette County, Georgia

# IN THE SUPERIOR COURT OF FAYETTE COUNTY STATE OF GEORGIA

CHEREE NEWSON- PACE, ALTON R. MATTHEWS, and CHARLIE WILLIAMS,

Plaintiffs,

v.

HITT CONTRACTING INC., SAVI EHS / Amphibious Group, BRIGADA CO, CERTIFIED SAFETY EXPERTS,

Defendants.

CIVIL ACTION FILE NO.: _____

## I. PARTIES

1. Plaintiff CHEREE NEWSON- PACE is a resident of the State of Georgia and was employed as an Environmental Health and Safety (EHS) Manager at the Microsoft Data Center project in Fayetteville, Georgia.

2. Plaintiff ALTON R. MATTHEWS is a resident of Alabama who worked on the same project and suffered similar harm as a result of Defendants' actions.

3. Plaintiff CHARLIE WILLIAMS is a Tennessee resident and contracted safety professional with over 46 years of experience in occupational health and safety, who submitted a formal OSHA violation report and was thereafter subjected to retaliation.

4. Defendant HITT CONTRACTING INC. is a foreign corporation registered to do business in Georgia and may be served via its registered agent, CT Corporation System, 289 S. Culver Street, Lawrenceville, Georgia 30046.

5. Defendant SAVI EHS also known as Amphibious Group is a third-party staffing agency that placed Plaintiffs at the job site and failed to protect them after their reports of safety concerns. Office location 5639 Hansel Ave, Orlando, Florida 32809.

6. Defendant BRIGADA CO is a third-party staffing agency that also placed Plaintiffs at the job site and failed to protect them after they reported safety violations. Office location at 9SPeachtree St Norcross, GA 30071.

7. Defendant CONSTRUCTION SAFETY EXPERTS, the owner of a third-party staffing entity operating on-site, was responsible for assigning and managing personnel at the job site and failed to protect Plaintiffs after their reports of safety violations. Office location 1901 North Harrison, suite 200, Cary, NC 27513

## II. JUISDICTION AND VENUE

10. This Court has subject matter jurisdiction pursuant to Article VI, Section IV of the Georgia Constitution and O.C.G.A. § 15-6-8(1).

11. This Court has personal jurisdiction over all Defendants pursuant to O.C.G.A. § 9-10-91, as the tortious conduct alleged herein occurred within the State of Georgia, and the Defendants conducted business in this State.

12. Venue is proper in this Court pursuant to O.C.G.A. § 9-10-93 and O.C.G.A. § 14-2-510(b)(4), as the unlawful acts giving rise to this action occurred **in** Fayette County, Georgia.

## III. FACTUAL ALLEGATIONS

- A. Allegations Specific to Plaintiff Cheree Pace

1. Plaintiff CHEREE PACE was employed as an Environmental Health and Safety (EHS) Manager on the Microsoft Data Center project located in Fayetteville, Georgia.

2. During her employment, Ms. Pace raised multiple valid safety concerns, including lack of PPE compliance and unsafe working conditions, and was subjected to bullying and isolation.

3. After reporting these violations, she was reassigned to the night shift, excluded from meetings, and targeted through surveillance and false accusations.

4. She was falsely accused of violating safety protocols and was denied an opportunity to respond.

5. Plaintiff Cheree Pace expressed concerns in a meeting with her supervisor. Following this, she was terminated without cause. Other managerial staff participated in acts of isolation, surveillance, and retaliation.

6. Defendants told her that safety concerns 'did not matter' and discouraged further reporting.

7. These actions violated Section 11(c) of the Occupational Safety and Health Act (29 U.S.C. § 660(c)), O.C.G.A. § 34-1-3 (blacklisting), and Title VII of the Civil Rights Act (42 U.S.C. § 2000e-3).

8. Ms. Pace suffered emotional distress, reputational harm, and financial loss as a result.

- B. Allegations Specific to Plaintiff Alton R. Matthews

9. Plaintiff ALTON R. MATTHEWS reported a near-tip incident and other safety violations involving equipment misuse.

10. Defendants fabricated a false allegation of sexual harassment against him.

11. The alleged victim later confirmed no complaint was made, and no incident occurred.

12. Mr. Matthews was terminated and denied future work.

13. These actions violated Section 11(c) of OSHA, O.C.G.A. §§ 51-5-1, 51-5-4, 51-7-60, and 34-1-3.

14. He suffered emotional distress, reputational harm, and economic loss.

- C. Allegations Specific to Plaintiff Charlie Williams

15. Plaintiff CHARLIE WILLIAMS submitted formal reports citing OSHA violations including 29 C.F.R. §§ 1926.403(b)(2), 1926.416(a)(1), and 1926.417(a).

16. He was removed from the job site and excluded from future assignments in retaliation.

17. These actions violated Section 11(c) of OSHA and O.C.G.A. §§ 34-1-3, 51-5-1, 51-5-4, and 51-7-60.

18. Mr. Williams suffered emotional distress, reputational damage, and loss of income.

- D. Pattern of Retaliation

19. Defendants coordinated efforts to discredit, terminate, and blacklist Plaintiffs in retaliation for protected safety-related activities.

20. Plaintiffs made multiple good-faith pleas for help and intervention to management and staffing entities, which were ignored. Defendants failed to act upon these concerns, demonstrating deliberate indifference and necessitating immediate legal action.

21. This conduct created a hostile work environment and violated state and federal law.

22. Plaintiffs suffered significant economic, reputational, and emotional harm.

## IV. CAUSES OF ACTION

### Count I – Defamation (O.C.G.A. §§ 51-5-1 and 51-5-4)

23. Defendants knowingly and maliciously made false and defamatory statements about Plaintiffs, causing severe reputational and professional harm.

### Count II – Intentional Infliction of Emotional Distress (Common Law)

24. Defendants' actions were extreme, outrageous, and intended to inflict emotional distress, which Plaintiffs did in fact suffer.

### Count III – Retaliation for Protected Activity (29 U.S.C. § 660(c); O.C.G.A. § 34-9-81.1)

25. Defendants retaliated against Plaintiffs for engaging in protected activities under OSHA and state law.

### Count IV – Tortious Interference with Employment (O.C.G.A. § 51-7-60)

26. Defendants intentionally interfered with Plaintiffs' current and future employment by disseminating false information and obstructing job opportunities.

### Count V – Blacklisting (O.C.G.A. § 34-1-3)

27. Defendants intentionally attempted to prevent Plaintiffs from securing future employment through unlawful blacklisting.

### Count VI – Hostile Work Environment / Mobbing (Common Law/Public Policy)

28. Defendants created a hostile work environment in violation of public policy by harassing and isolating Plaintiffs for reporting safety violations.

### Count VII – Retaliation Under Title VII (42 U.S.C. § 2000e-3)

29. Defendant(s) retaliated against Plaintiff Cheree Pace for opposing discrimination and participating in protected EEO activity in violation of federal law.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

a. Service of process on all Defendants;

b. Compensatory damages for back pay, lost benefits, and front pay;

c. General and special damages for emotional distress and reputational harm;

d. Punitive damages pursuant to O.C.G.A. § 51-12-5.1;

e. Reinstatement or alternative front pay as appropriate;

f. Equitable relief under 29 U.S.C. § 660(c);

g. Pre- and post-judgment interest as permitted by law;

h. Costs of litigation and reasonable attorneys' fees under O.C.G.A. § 13-6-11;

i. Such other relief as the Court deems just and proper.

## VI. JURY DEMAND

Plaintiffs hereby demand a trial by jury on all issues so triable.

Respectfully submitted this 5th day of August, 2025.

_/s/Cheree Newson Pace_____
Cheree Pace, Pro Se
Phone: 678-755-1102
Email: Chereenpace@gmail.com

__/s/ Alton R Matthews_____
Alton R. Matthews, Pro Se
Phone: 334-300-7812
Email: Armgeneralservicesllc@gmail.com

___/s/Charlie Williams_____
Charlie Williams, Pro Se
Phone: 865-599-5895
Email: Cwglobalconsulting@aol.com

## EXHIBIT LIST

### Charlie Williams  NLRB Case #10-CA-364668

OSHA Complaint number # 2263009

Exhibit A – Charlie OSHA Complaint and Temporary Power Report

Exhibit B – Complaint Email Texts to HITT

Exhibit C – Photos of Crawlspace Issues (Crawls 10.15.24)

Exhibit D – CSE Attorney Threat Email

Exhibit E – Forwarded Emails with HITT & QTS Attorneys

Exhibit F – Temp Power Photos & Damage Evidence

### Alton Matthews NLRB Case #  10-CA-364001
OSHA WHISTLEBLOWER #301052611 ref #ecn119153 ,


Exhibit G – Email from B&K / AMX Whitsett

Exhibit H – SAVI Contract Documents and Response

Exhibit I – SAVI Complaint Document and Thank You Email

Exhibit J – SAVI Job Details and Image

Exhibit K – Evidence of Unauthorized Photography

### Cheree Pace  NLRB Case # 10-CA359587

Exhibit L – Cheree's Harassment Complaint to HITT

Exhibit M – Safety Certification and Haztech Complaint Email

Exhibit N – Construction Safety Meeting Video Call Screenshot

Exhibit O – HITT NLRB Complaint Submission

Exhibit P – Separation Documents

Exhibit Q-  Unauthorized picture hostile work environment text

Exhibit R-  HITTs code of conduct

**Witness Statement**

**NOTE:** Plaintiffs have over 30 individuals, potentially as many as 50, who have directly witnessed the conduct, unsafe working conditions, and retaliatory acts described in this Complaint. Many of these witnesses were themselves caught in the crossfire of HITT's hostile and coercive treatment of third-party workers. They experienced firsthand how HITT and its affiliated staffing agencies disregarded worker safety, silenced concerns, and upended lives without accountability. Several have been forced to relocate, break leases, or seek new employment because of the toxic environment and lack of protection.

Out of concern for their safety, privacy, and current employment, Plaintiffs are withholding their names at this time. However, these individuals remain willing to testify under oath during discovery and at trial, provided that appropriate legal safeguards are in place to protect them from further retaliation. Additional proof will be provided at the trail.

.

12/8/2024

Charlie Williams CONTRACT Safety Professional
BKI Mechanical

### HITT ISSUE WITH CRANE DIRECTOR

On 12-06-2024 approximately 4;30 pm I Charlie Williams received a call from my supervisor
William Groover to go and check out an alleged safety infraction by Heaton Crane employee on
the southwest end of DC2 building. My team member Keely and I headed that way from the blue
parking lot, we had just arrived there and were about to get in our vehicles to leave the site for
the day but went back to site. We arrived there and saw a Heaton truck loaded with part of the
450 crane which had been used during the day and was being disassembled backing up and
being spotted to do so at the time we arrived. The truck stopped as I walked up towards it. I
approached the truck and asked the driver what was going on. Sorry but I did not get the driver's
name.  The guy spotting the truck came up to me when the truck stopped and said what's going
on I asked who he was, and he said I'm the 450 crane director and told me his name Bobby
Palmer. He said we are trying to get the 450 loaded out and that two HITT safety women shut
him down and said they wanted his badge, and he was to be off the project for good
(Permanently). I said why he said because he had just been on his phone actually a phone in
each hand directing and coordinating trucks and the next move of the teardown and shipping
out. He pointed out the women so I walked over and the lady said I needed to escort him out she
had already taken his badge. The truck was parked in the exit gate and had other blocked in
Bobby said let me get this truck backed up so others can get out and this lady I'm told name is V
raised her voice and said y our not doing anything your out of here. I spoke up and said Mam can
we not work through this. She said NO! he is out of here now. I said isn't there some supervision
we can talk to so we can work this out. I said per Protocol we have to have a crane director
present, and Bobby has been that person and we do not have another one here. Well about that
time a HITT guy named Clay showed up at the badge in portal and I walked off over there to see
what he could do. Well, that was no help he said what ever she says goes, So I walked back over
to her Bobby was upset and was about to start walking off his truck driver and Kelly came over
with me when I walked back over to the women. This V lady was on the phone with someone,
and I kid you not she started rolling her head and said there is a BKI safety guy here that says
that he is the only guy in the world whom can do this job referencing to Bobby . I spoke up and
said Mam that's not what I said at ll I said he is the crane director which is required by protocol
and she Excuse me but she mouthed off rolling her head again and said As I said He is the only

guy in the world that can do this job. I spoke up not loud or disrespectful and said Mam your putting words in my mouth that's not at all what I said. Then she said to me give me your badge I said what why I have not done anything, and I have all my PPE on She demanded my badge. I then said lady you will get my badge when I get out the gate and I turned around to walk off and I then decided to turn around and walk back and ask that Gray guy who said pull my badge and he said Joe Cromwell I said thank you very much and went to our buggy and left. Kelly and I and on our way we picked Bobby up and gave him a ride to his truck. Got to blue lot and called William and I found out that they proceeded on with doing the work and broke protocol. I drove home pretty upset this was all non-called for. Just before Kelly and I left the building we witnessed these same two women practically attack honestly ask Kelly a Polaris cart with 6 people in it them assuming and man were they excited they were they thought going to bust these people for having six people in buggy but they were let down the buggy had six seat belts. This is how it had been all day out there. I can go on and on but this is what happened on site. I didn't sleep well with all this I have been in the safety field alone 46 years worldwide. Seen one to many deaths and I'm passionate about my job. I thought and thought, and I had even mentioned it to other team members earlier I should call HITT CEO on these people we have been treated like pure crap sorry but that's the truth and they honestly have the worst safety team I have ever been around myself. You all should have heard how their boss talked to all of us safety a few weeks ago he did threaten us. But back to what I did I finally decided I would call the CEO since their VP was the one whom wanted me gone so I looked up HITT corporate phone number and whom their CEO was,. I got the number made the call and recording tells you put the last three letters of person name in which is TRO and I was directed straight to CEO voice mail. I said whom I was and what my profession was and that I was contracted on site. This was at 6:36 am and I also said what had happened and what they being HITT safety had done all day this call was 4 minutes long. NEVER!!!!!! EVER made a Threat to her in any way I said they had issue that were more than no Tolerance on site that could cause death. I asked her to please take me serious and call me so I could have her talk to my supervisor. I thought more about it and called again at 7:03 and added to that I would like for her to call please before 11 am Monday that I was going to talk to Blackstone and I would hold off reporting to state agencies I said on one of the call that they had broken the written SSP plan which they have for sure that they hey being HITT have violated many people work rights even though it's a right to work state which that for sure is true and this is all in writing that every employee out there gets in orientation I have seen this go to labor board and win many times over the years , But I never THREATENED HER I asked again that this could be worked out so please call me and I would get my management to talk to her before she talks to JOE Cromwell or Basasar I called him safety mgr. I had calmed down more and we talked and I told Doug same thing no sense in all this HITT team has just attacked us so many things they have done could have had people hurt, Their so called crane expert made a huge mistake making our guy move a barricade the way he did it was flat honestly stupid really aske Alex crew and ask them about what the next safety person did while a load was in the air and operator taking directions. I watch the safety person name

Jenifer actually attempt to push her way into Shawn when he was stopped by Doug's house after I calmed down and we talked about what I said I told him that I ask her to call so it could all be worked out no sense in taking anything to others but I had left open calling Stephen with Blackstone  but I have not done that ok I I would be glad to keep going on there is more they HITT have issues with their safety peoples decisions and them directing our people just like BasAzar did me. Sorry I do not have the correct spelling of his name. I can give more if you al want it. Many of our team have plenty they can say Even QTS has directed our people in the wrong way their safety one of which I thought would know better and it was a fall protection call our employee was correct doing as we have coached them to do and per manufacture spec as well . OTS has picture of some of what I have they know and FOR!!!! SURE  I know they have been very lucky. I can send more to back up all I have in my phone,

Charlie Williams CONTRACT Safety Professional

BKI Mechanical

3

 Gmail

**Cheree Pace <chereenpace@gmail.com>**

---

## Fwd: osha take on temp.powet maintence in construction - Google Search
2 messages

---

**Charles Williams** <cwglobalconsulting@aol.com>
To: Cheree Pace <chereenpace@gmail.com>

Wed, Jul 9, 2025 at 9:59 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Charles Williams <cwglobalconsulting@aol.com>
> **Date:** March 21, 2025 at 11:24:21 AM CDT
> **To:** OSHA Area Office Atlanta West <OSHAAtlantaWest@dol.gov>
> **Subject: Re: osha take on temp.powet maintence in construction - Google Search**
>
> I do not have phone number it is off Hey 54 and Tyrone rd in Fayetteville GA the largest Datta Center in the world being built about 4500 workers out there HITT is a General there ok
> Sent from my iPhone
>
>> On Mar 19, 2025, at 1:37 PM, Charlie Williams <cwglobalconsulting@aol.com> wrote:
>>
>>
>> It is hitt construction on the Fayetteville GA data center project this was all at DC 2 building there has been at least 5 safety people let go for really doing their job that safety manager they have and I'm saying this because I can stand behind it is a liar.
>> Charles Williams
>> 865-599-5895
>> cwglobalconsulting@aol.com
>>
>>
>> On Wednesday, March 19, 2025 at 01:27:00 PM CDT, OSHA Area Office Atlanta West <oshaatlantawest@dol.gov> wrote:
>>
>>
>>> What was the contact information for the company?  It is not listed on the complaint.
>>>
>>>
>>> Regards,
>>>
>>>
>>> **Crystal L. Abrams**
>>>
>>> **Compliance Safety and Health Officer**
>>>
>>> OSHA
>>>
>>> U.S. Department of Labor

Cell: (332) 259-4183

---

**From:** Charlie Williams <cwglobalconsulting@aol.com>
**Sent:** Wednesday, March 19, 2025 1:37 PM
**To:** OSHA Area Office Atlanta West <OSHAAtlantaWest@DOL.GOV>
**Subject:** Re: osha take on temp.powet maintence in construction - Google Search

CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.

Ok Thanks there were more but that's plenty to get the idea its been managed by apprentices. I'm telling you they are so dang lucky they don't know how to see hazards there have been some many live cords and power supply cut pulled apart etc.  Not supported properly etc.

Charles Williams

865-599-5895

cwglobalconsulting@aol.com

On Wednesday, March 19, 2025 at 11:14:48 AM CDT, OSHA Area Office Atlanta West <oshaatlantawest@dol.gov> wrote:

We received the pictures.

Thank you,

**Duty Officer**

**U.S. Department of Labor**

**OSHA**

Phone: (678) 903-7301

---

**From:** Charlie Williams <cwglobalconsulting@aol.com>
**Sent:** Wednesday, March 19, 2025 11:22 AM
**To:** OSHA Area Office Atlanta West <OSHAAtlantaWest@DOL.GOV>
**Subject:** Re: osha take on temp.powet maintence in construction - Google Search

CAUTION: This email originated from outside of the
Department of Labor. Do not click (select) links or open
attachments unless you recognize the sender and know the
content is safe. Report suspicious emails through the "Report
Phishing" button on your email toolbar.

have you gotten any pictures yet

Charles Williams

865-599-5895

cwglobalconsulting@aol.com

On Wednesday, March 19, 2025 at 08:58:13 AM CDT, OSHA Area Office Atlanta West
<oshaatlantawest@dol.gov> wrote:

Rcvd.  We will review this with office management.

Thank you,

**Duty Officer**

**U.S. Department of Labor**

OSHA

Phone: (678) 903-7301

---

**From:** Charles Williams <cwglobalconsulting@aol.com>
**Sent:** Wednesday, March 19, 2025 9:43 AM
**To:** OSHA Area Office Atlanta West <OSHAAtlantaWest@DOL.GOV>
**Subject:** Fwd: osha take on temp.powet maintence in construction - Google Search

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Case 185660. HITT has repeat violations on temp power I'm telling you guys it's been bad really bad

Sent from my iPhone

Begin forwarded message:

> **From:** Charles Williams <cwglobalconsulting@aol.com>
> **Date:** March 19, 2025 at 7:50:52 AM CDT
> **To:** Charles Williams <cwglobalconsulting@aim.com>
> **Subject: osha take on temp.powet maintence in construction - Google Search**
>
> https://www.google.com/search?q=osha+take+on+temp.powet+maintence+in+construction&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari
>
> Sent from my iPhone

---

**Charles Williams** <cwglobalconsulting@aol.com>                    Wed, Jul 9, 2025 at 10:00 PM
To: Cheree Pace <chereenpace@gmail.com>

[Quoted text hidden]

# Contract for Engagement

**CONSULTANT AGREEMENT**
**PROJECT SAFETY MANAGEMENT**

This Independent Consultant Agreement ("Agreement") is made and effective on the **19th day of July 2024** and between **Charlie Williams (**"Consultant") and **Construction Safety Experts** ("Company").

Now, therefore, Consultant and Company agree as follows:

1. **Engagement**.
Company hereby engages Consultant, and Consultant accepts engagement, to provide to Company the following services: Full time safety management for the duration of the job site activities at the **B&K AMX project in Whitsett, North Carolina**. This safety management to include

- Job site safety evaluations.
- Review and provide JHA documents
- Monitor and review Pre – Task briefings.
- Weekly reports.
- Safety committee team
- Accident Investigations (if necessary).
- Weekly Safety man-hour reports.
- Issue required work permits.
- Conduct safety meetings.
- Other safety management activities defined by **B&K.**

2. **Term**.
Consultant shall provide services to Company pursuant to this Agreement for a term commencing **July 22nd, 2024, through September 29th, 2024**. I the contract needs to be extended it will be completed by September 20th, 2024.

3. **Place of Work**
Consultant shall render services at **B&K AMX project in Whitsett, North Carolina**.

4. **Time**.
Consultant's daily schedule and hours worked under this Agreement on a given day shall generally be subject to **B&K's** discretion; provided that Consultant and Company anticipate that Consultant shall work day-shift, 45 to 60 hours a week. Company relies upon Consultant to devote sufficient time as is reasonably necessary to fulfill the spirit and purpose of this Agreement.

5. **<u>Payment</u>**.

Company shall pay Consultant **<u>$48.00 Straight Time Rate and $72.00 Over Time Rate. Saturday, Sunday, Holiday hours or any hours after 40 straight time hours is considered Over Time. $140 Per Diem expense (7 days per week). $200.00 Mobilization on commencement of assignment and $200.00 Demobilization upon successful completion of the project.</u>** for services performed pursuant to this agreement. Payment to Consultant shall be made by Company each week. A signed timesheet must be emailed to CSE at the completion of the week to accounts.payable@safety-xperts.com

6. **<u>Confidentiality</u>**.
During the term of this Agreement, and thereafter for one year, Consultant shall not, without the prior written consent of Company, disclose to anyone any Confidential Information.  "Confidential Information" for the purposes of this Agreement shall include Company's and Project Owner's proprietary and confidential information such as, but not limited to, customer lists, business plans, marketing plans, financial information, designs, drawing, specifications, models, software, source codes and object codes.  Confidential Information shall not include any information that:

A.  Is disclosed by Company without restriction.

B. Becomes publicly available through no act of Consultant.

C. Is rightfully received by Consultant from a third party.

7. **<u>Termination</u>**.
A.  This Agreement may be terminated by Company as follows:

i. If Consultant is unable to provide the consulting services by reason of temporary or permanent illness, disability, incapacity or death.

ii. Breach or default of any obligation of Consultant pursuant to Confidentiality, of this Agreement.

iii. Breach or default by Consultant of any other material obligation in this Agreement, which breach or default is not cured within five (5) days of written notice from Company. Or at the Companies request.
 B.  Consultant may terminate this Agreement as follows:
i. Breach or default of any material obligation of Company, which breach or default is not cured within five (5) days of written notice from Consultant.

ii. If Company files protection under the federal bankruptcy laws, or any bankruptcy petition or petition for receiver is commenced by a third party against Company, any of the foregoing of which remains undismissed for a period of sixty (60) days.

8.  **Independent Contractor**.
Consultant is and throughout this Agreement shall be an independent contractor and not an employee, partner or agent of Company. Consultant shall not be entitled to nor receive any benefit normally provided to Company's employees such as, but not limited to, vacation payment, retirement, health care other insurance or sick pay. Company shall not be responsible for withholding income or other taxes from the payments made to Consultant. Consultant shall be solely responsible for filing all tax returns and paying any income, social security or other tax levied upon or determined with respect to the payments made to Consultant pursuant to this Agreement.

9.  **Tools and Supplies**.
Unless otherwise agreed to by Consultant. Company shall provide office space.

10.  **Controlling Law**.
This Agreement shall be governed by and construed in accordance with the laws of the State of North Carolina.

11.  **Headings**.
The headings in this Agreement are inserted for convenience only and shall not be used to define, limit or describe the scope of this Agreement or any of the obligations herein.

12.  **Final Agreement**.
This Agreement constitutes the final understanding and agreement between the parties with respect to the subject matter hereof and supersedes all prior negotiations, understandings and agreements between the parties, whether written or oral. This Agreement may be amended, supplemented or changed only by an agreement in writing signed by both of the parties.

13.  **Hold Harmless and Indemnification**
If any action, claim, suit or proceeding is brought against Company as a result of actions by the Consultant, Consultant will defend such action, claim, suit or proceeding at its own expense and shall indemnify and hold Company harmless from and against all damages, liabilities, losses, expenses and costs, including reasonable attorneys' fees and expenses, incurred by Company or arising in connection there within.

14.  **Covenants Against Competition**
During Subcontractor's employment by (CSE) Employer and for a period of two (2) years after Subcontractor ceases to be employed by (CSE) Employer, Subcontractor shall not solicit business or sales from , or attempt to convert to other sellers or providers of the same or similar services including safety, crane inspections, schedulers, project managers, construction managers, electrical consultants and quality control managers as provided by (CSE) Employer, any customer, client or account of (CSE) Employer which Subcontractor has had any contact during the term of employment.

15. **Notices**.
Any notice required to be given or otherwise given pursuant to this Agreement shall be in writing and shall be hand delivered, mailed by certified mail, return receipt requested or sent by recognized overnight courier service as follows:

If to Consultant:

**Charlie Williams**
**Knoxville, TN**

If to Company:

**Construction Safety Experts**
**P.O. Box 1868**
**Cary NC 27512**

16. **Severability**.
If any term of this Agreement is held by a court of competent jurisdiction to be invalid or unenforceable, then this Agreement, including all of the remaining terms, will remain in full force and effect as if such invalid or unenforceable term had never been included.

IN WITNESS WHEREOF, this Agreement has been executed by the parties as of the date first above written.

_____          _____
Charlie Williams                 Construction Safety Experts

Date: _____            Date:   07-19-2024



Nov 15, 2024 at 8:41:38 AM

# JacksonLewis

JOSHUA R. ADAMS
DIRECT: (980) 465-7239
JOSHUA.ADAMS@JACKSONLEWIS.COM

**Jackson Lewis P.C.**
200 South College Street, Suite 1550
Charlotte, NC 28202
(980) 465-7237 Main
(704) 333-7764 Fax
Jacksonlewis.com

March 13, 2025

**VIA U.S. Certified Mail, RRR**
Charlie Williams
234 Morrell Road
Knoxville, Tennessee 37919

Re:    **_Immediately Cease & Desist Your_**
        **_Inappropriate Conduct_**

Dear Mr. Williams:

My name is Josh Adams, and I represent both Batchelor & Kimball ("B&K") and Construction Safety Experts ("CSE") (collectively the "Companies").

It has come to the attention of the Companies that, following your removal from a job site as a staffed worker to B&K by CSE, you have repeatedly – and as recently as March 10, 2025 – harassed and intimidated employees of clients of B&K, including HITT Contracting ("HITT"), Quality Technology Services ("QTS"), and Microsoft Corp. This is unacceptable. The Companies demand that you **immediately** cease and desist from engaging in such inappropriate conduct or risk all appropriate legal action being taken against you.

Additionally, you are hereby notified that your presence at any facility or worksite involving either the Companies, HITT, QTS, or Microsoft is strictly prohibited. This is a 24 hour a day, 7 day a week prohibition. These facilities and worksites are private property, and you have no right to be present there.

Violation of this notice will be considered TRESPASSING, and the police will be immediately notified, and a criminal complaint may be sought for any violation of this notice.

If you have any questions regarding this notice, you may contact me at the information provided above.

Sincerely,

**JACKSON LEWIS, P.C.**

Joshua R. Adams

CW 3-17-25

I CALLED MR. ADAMS ON 3-15-25 AND Let him know that A Lot written In this Letter IS FALSE AND Thanked him FOR the letter his INFORMER was WRONG

1. I have Never Spoke to Anyone with Microsoft

2. BK employee has eMAILed me IN LAST two WEEKS AND I RESPONDED BACK with A Answer they DIDNT LIKE They contacted me

3. I LEFT HTT Attorney A message About their People threating AND BAD mouthing me Not HITT employee

4. CSE Supervisor CALLED me AND tried to Buy me OFF he LIED About him Losing contracts OVER me AND ALL meetings he has HAD AND ASK me to keep him INFORMed

OTS Lawyers ASK FOR me to tALK to him AND most o Time he scheduled CALLS AND this guy Doe NOT Represent HITT OR MICROSOFT NOR QTS to tell me where I CAN WORK So he has THReatened me NOW

 Gmail

**Cheree Pace <chereenpace@gmail.com>**

## Fwd: HITT QTS
1 message

**Charles Williams** <cwglobalconsulting@aol.com>                    Sat, Jul 12, 2025 at 10:17 AM
To: Cheree Pace <chereenpace@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** Charles Williams <cwglobalconsulting@aol.com>
**Date:** February 6, 2025 at 12:43:28 PM EST
**To:** Monty Montgomery <monty.montgomery@safety-xperts.com>
**Subject: HITT QTS**

Monty sorry but from the get go I asked to have talks I let people know I was going to call and I shared what I said. I was accused that I made threats to HITT CEO that's a dam lie. I was told Emcore said I was a risk and they claim they did not but Charles and Mr. Anderson said that and I have people whom heard it. I am a share holder of a company that owns interest in several companies on that site. All of us safety people were not harassed but Damn sure flat out Threatened by HITT Safet manager and you and many others know that. I was harassed flat out harassed by HITT safety manager while he was playing under cover boss. I was wrongful terminated and HITT and QTS broke site SSP obligations by the way I was terminated HITT and QTS allowed inappropriate installation and support of energized power to be in place even after having it pointed out by me and others and even HITT superintendents and safety people knew it. I was called out on it in a meeting with many safety people and basically they said I was wrong I proved I was right I shared it with you my site supervisor BKI safety manager and even Microsoft oversight person. Many knew this we had a near miss with first floor people even . I had a crappy Xmas no pay everyone else that I brought this up to had pay coming in and now By God I'm being accused of harassment I am now releasing all I know to many agencies and stockholders .
I told everyone this could have stopped if I had my contract paid out but no one cares will maybe they will when all this gets out ok. I told agencies today what they are trying to do to your company and my ex associates let's see how they take that now ok
Charlie Williams

 Gmail

**Cheree Pace <chereenpace@gmail.com>**

---

## Fwd: QTS attorney
1 message

---

**Cheree Pace** <chereenpace@gmail.com>                              Thu, May 15, 2025 at 5:46 PM
To: Charles Williams <cwglobalconsulting@aol.com>

Cheree Pace

Begin forwarded message:

> **From:** Charles Williams <cwglobalconsulting@aol.com>
> **Date:** January 17, 2025 at 1:30:37 PM EST
> **To:** Cheree Pace <chereenpace@gmail.com>
> **Subject: Fwd: QTS**
>
> I told him it would be a waste of time I will share with you later ok I'm tied up for a couple hrs
> Charlie Williams
>
> Begin forwarded message:
>
>> **From:** Adam Haubenreich <adam.haubenreich@qtsdatacenters.com>
>> **Date:** January 17, 2025 at 12:57:07 PM EST
>> **To:** Charles Williams <cwglobalconsulting@aol.com>
>> **Subject: QTS**
>>
>> Charles – I am the general counsel of QTS responsible for all legal matters. I understand that
>> you have reached out to Blackstone to voice some general complaints about your
>> employment and experience on a QTS data center development site. I would like to set up a
>> time to speak with you – please let me know your availability to have a discussion.
>>
>> Thank you,
>>
>> Adam Haubenreich

 **Gmail**

**Cheree Pace <chereenpace@gmail.com>**

# (no subject)
3 messages

**Charles Williams** <cwglobalconsulting@aol.com>     Thu, Jan 16, 2025 at 4:58 PM
To: Cheree Pace <chereenpace@gmail.com>

480 guys working in was not moved properly. Temp power maintence is horrible. Non compliant in many areas. One picture hot feed cut by MEWP with men in it thank god breaker tripped

Charlie Williams

**5 attachments**


**IMG_9222.PNG**
1280K


**IMG_9216.JPG**
617K



**IMG_9215.JPG**
622K



**IMG_9214.JPG**
391K



**IMG_9212.JPG**
878K

---

**Cheree Pace** <chereenpace@gmail.com>      Thu, May 15, 2025 at 5:36 PM
To: Charles Williams <cwglobalconsulting@aol.com>

Cheree Pace

Begin forwarded message:

> **From:** Charles Williams <cwglobalconsulting@aol.com>
> **Date:** January 16, 2025 at 4:58:39 PM EST
> **To:** Cheree Pace <chereenpace@gmail.com>
>
> 480 guys working in was not moved properly. Temp power maintence is horrible. Non compliant in many areas. One picture hot feed cut by MEWP with men in it thank god breaker tripped
>
> <IMG_9222.PNG>
>
> <IMG_9216.JPG>
>
> <IMG_9215.JPG>

<IMG_9214.JPG>


<IMG_9212.JPG>

Charlie Williams

---

**Cheree Pace** <chereenpace@gmail.com>                    Thu, May 15, 2025 at 5:47 PM
To: Charles Williams <cwglobalconsulting@aol.com>

Cheree Pace

Begin forwarded message:


**From:** Cheree Pace <chereenpace@gmail.com>
**Date:** May 15, 2025 at 5:37:01 PM EDT
**To:** Charles Williams <cwglobalconsulting@aol.com>
**Subject: Fwd:**


[Quoted text hidden]

# Charlie Williams CSM

234 Morrell Rd # 196 Knoxville TN 37919
cwglobalconsulting@aol.com    865-599-5895

Accomplished Consultant with 40 years of experience in Environmental Health & Safety /QC /Utility Inspections and Project Management for industry-leading organizations on a global basis. I am a Certified Safety Manager and a member of the World Safety Organization and the National Association of Safety Professionals. I have worked worldwide. My experience includes a wide range of projects from Data Centers, Lithium Battery Plants, Logistic Fulfillment Centers, Semiconductor Facilities, High Tech Component Manufacturing Facilities, Oil and Gas Facilities and Pipeline Construction and Maintenance, Government Research facilities, Petrochemical, Renewable Energy, WIND POWER and Solar Power. Various types of Manufacturing, Automotive Manufacturing plants, Paper Mills. Press Board Plants, Power Plant construction and Maintenance. Hospital expansions, , Cryogenic Gas processing, Water Treatment facilities, Petrochemical, High Voltage Substations, DOT Traffic Lights and Motor Vehicle/ Pedestrian Highway controls and awareness equipment. Road and Bridge projects ,Commercial high-rise structures, DOD and DOE Projects plus Air Transportation Projects, HDD projects, Field Power Stations, Heavy Industrial Equipment Installation, and a few Marine projects. Many of these projects required my environmental control experience. I always work to the best of my ability to maintain the highest standards for safety, quality, and budget.

## Key Skills

- Onsite Safety/Environmental Management Certified Construction Safety Manager
- Create and review AHA and JSA's
- Project, Third Party Auditing
- Educator
- Utility -Electrical/ Low Voltage/ Mechanical/ Plumbing /Pipeline Construction/ Communications
- High Voltage Sub Station Maintenance and Construction Safety and Auditing Inspections
- First Aid and CPR Certified
- Hazard Awareness
- Risk Management Evaluation
- Incident Investigating
- Project Orientations/ Safety Meeting Presentations
- Construction Management
- Excavation Inspections, Right Away Management
- Client Base Dedication
- Multi -Task Versatility/ QC Inspections
- Traffic Control/Public Safety Awareness

5-28-24 – 12-30-24 Assigned to two Data centers to provide safety oversight and provide guidance in safety culture improvements.

8-28-24-5-25-24   Short Term Contract assignment to provide night time safety oversight for remediation of an ASH Pond Dredging project at a power generating facility.

7-18-24 - Temp assignment to fill in for a safety professional on leave at KY Lithium Battery Plant under construction

5-1-23 -7-15-24 Short Term Contract: Auditing for a VA Based Utility Service Contractor covering entire state of VA before sale of the company.

10-25-22 to 4-15-23 Site Safety Professional at Night Sky Lithium Battery Facility in Spring Hill, TN. Contractor supporting General Motors during construction phase.

5-1-22 to 10-22-22    PCI, Performance Contracting Group, Safety Engineer.   Currently performing safety oversight on two projects. GM Night Sky in Spring Hill, TN and Ford MC Blue Oval project in Stanton, TN.

2-23-22 to 4-21-22   Scheduled short term assignment at the Department of Energy TRC facility   Oak Ridge, TN   Duties consisted of project field safety oversight for GC. Monitored daily task performed by numerous disciplines. Corrected safety deficiency's , performed daily audits. Reviewed AHA's. Monitored high work areas such as roof installation and scaffolding. Performed daily walk arounds to see that safety procedures were in place and being followed correctly. Inspected fall protection equipment and applications, hazmat requirements, and material management along with general PPE needs and usage. Presented weekly safety meeting to project team member.

7-28-21 to 2-5-22: Travel nationwide as a third party SR. Safety Advisor to various Amazon Logistic Fulfillment Centers Nationwide under construction. Projects were in Houston, Atlanta, Cincinnati, South Dakota and 4 sites in Chicago.

8-23-2020 to 1-22-21: **QA QC-Safety Team Member** for Lithium-Ion Battery facility in Commerce, GA Duties consisted of performing QA/QC audits/inspections on Electrical Utilities and mechanical operations and provide safety oversight in various areas of the plant.

6-02-2020 t0 8-21-2020 Third Party Temp Safety Lead at Facebook Data Center in Social Circle, GA. Provide safety oversite on mechanical installation in Building 6.

12-17-19 TO 6-01-20    **Project Support** on a new research Laboratory in GA for the USDA.   Duties consisted of but not limited to assisting project manager with whatever needed to be accomplished, support project safety program. Manage project tools and mechanical equipment along with rental equipment, support

 6-19-to 12-16-19   Project Completed **Onsite Safety Manager** for Wind Repower Project in Iowa to provide safety support and oversight on project for owner. Insure 350 Wind Turbines Repowered. Performed oversite to see that General Contractor (GE ) and their Sub Contractors follow project policies and procedures and proper documentation and reporting is performed.

1-19 to 6-19    **On site Safety Manage at Google Data Center in Monks Corner SC** for a Southeast Large Steel Erection Company. Other projects included Projects Sports Arena , Hotel and Business Center and other Highrise Structures

6-18 to12-18    **Utility Inspector on** 42" Pipeline in VA Duties were
 Ditching, Padding Backfill, Stringing, Tree Falling, Restoration, Coating.
 Oversee ROW Environmental concerns and remedies.

11-17 to 6-18    **Sr. Spread Safety Manger,** 57 miles of 36" Pipeline Project OH.
 Duty Project Safety Oversite. Maintain Safety Records/Implement Corporate Policies and

Procedures along with document project safety records. Keep project in OSHA and Environmental compliance. Combined work force of over 800 employees.

11-16 to 11-17  **204 Inspector/ Utility, Kinder Morgan,** Elba Island Gas Liquefaction Plant and EEC Modification.  Member of the Project Damage Prevention Team.   Duty was to protect company operational assets during construction. Combined workforce of 1800 plus

9 -15 to 11-16   **Sr. Safety Lead / Environmental Inspector : Pipeline Restoration:** project in OH after finishing a project in NY, CT, & RI, which was construction of 42" gas pipeline in an (Urban/Residential Corridor) paralleling existing 30"and 24" gas lines.

7-15 to 9-15      **Safety Manager / Environmental Lead,** New Johnsonville, TN TVA Environmental Ash Pond Cap project, Temporary Assignment: Support and Manage Safety on project along with keeping project in OSHA and Environmental Compliance.

4-15 to 6-15      **Safety Manager/ Environmental Lead,** PA – 12 miles of 24" and 12" Short term duty replaced a manager that left project. Responsible for keeping project in OSHA and Environmental compliance. Combined work force 300 employees.

12-14 to 3-15     **Safety Manager,** Centerville, OH – New construction of 24" and 30" gas line and 12" pipeline. Duty was to perform safety oversite for project. There were two general contractors and a combined workforce of approximately 1,100 employees

9-14 to 12-14     L**ead Safety, 12 inch crude pipeline in Wyoming**– 500-mile new construction Crude 12" line. Short term I replaced a manager. Safety oversite was my reasonability.

10-13 to 9-14     **Lead Safety, on 30" pipeline in** New Mexico on Mid-American Line:   Spread 4, SEG 5, 6 and 7. Completed project

4-13 to 9-13    **Lead Safety/ Environmental Inspector** For a 24" and 16" Pipeline in Colorado. Perform safety oversite for client, generate required documentation/kept project in OSHA compliance.

1-13 to 4-13    **Lead Safety, 36" pipeline in** South Texas.   TC Energy Safety Representative Perform field oversite to support OSHA compliance/ Support Management, ETC

9-12 to 12-12   **Active Controller/ Field Manager, Trans Canada Pipeline** –   Field Manager Duties consisted of oversite for safety, scheduling and environmental cost control and contractor management – Right of way restoration activities for 90 miles of the Oklahoma spread of pipeline

8-11 to 8/12    Utility **Inspector / Field Construction Lead** *North* Dakota, Bakken Field – oversaw construction, inspection, and environmental support for the project. Project consisted of new construction of gathering systems of gas, crude and saltwater lines from 4" to 24" pipe.

3-11 to 7-11   **Site Safety, NATO/HAZMAT**,   Afghanistan – remediation project on Bagram Airbase

11-10 to 1-11   **Safety Auditor,** Performed Culture Audit and reported safety deficiencies on pipeline construction

2-10 to 1-10   **Integrity Field Inspector/ Safety Manager,** (Integrity Engineering Firm). Contracted construction safety and environmental management to the project for Xcel Energy

- Managed and scheduled work for 18 mile stretch of 8" high pressure line while still in service of 760 PSI.   Managed integrity and anomaly digs, cut outs, 22 topple settings, coating inspection, and welding inspection.
- Managed the compliance of the state storm water and environmental permit requirements for the project.   Coordinated with all local, county and state officials and stakeholders to schedule and complete work as agreed upon.   Generated, implemented and managed the project Traffic Plans and Safety Requirements

## *Previous contracted Safety/Construction Management -International NATO / ARMY CORE OF ENGINEERS*

- **Alstom Power Company,** provided supervision and safety overview for turbine overhauls at various power plants. I have also worked with many Engineering and Construction firms on Gas/Oil/Chemical Facilities projects abroad in countries such as Kuwait, Oman, Iraq, Nigeria, Afghanistan, Brazil, Mexico, Chad, Cameroon, South America, and the United Kingdom
- **Southern Company,** completed projects at various plants in Alabama from Greenfield to Brownfield projects as Client Safety Representative.
- **Trans Canada Keystone Pipeline,** I have completed Trans Canada Active Controller Training and am Certified in that position. Worked on **Enbridge Yankee Clipper Pipeline Numerous Enbridge IMP projects. Spectra IMP Projects**
- **Kinder Morgan REX EAST Pipeline Safety, Enbridge Tank Farms, Pump Stations Safety Representative for Client**
- Mas Tech Wind Power Construction of Sub Stations, Various Plant construction projects where substations were installed within the facility.
- **Plains Pipeline,** Wyoming Safety Representative for Client.
- Supervised shutdown of **Union Carbide** refineries in Kuwait, Iraq Oil Fields,
- **Oxy, Maintenance Supervisor** for Oman Oil Fields
- **Koch** Hydrocarbons Gathering System Pipelines,
- **Boardwalk Greenville Express Pipeline, Safety Lead**
- **Conoco Phillips North Slope Alaska, Safety Lead,**
- **Dulas Airport Runway Boring Project, Atlanta Hartsfield Airport Remodinling**
- **Mirant Energy, Sugar Creek Combined Cycle Power, Safety Manager**, 700+ employee project, 100 meg, Terre Haute, IN**DTE MICH Conn Pipeline Construction Safety Lead**
- **El Paso Natural Gas**, Compressors Stations Rebuild (Move, 7 Units 300 Miles)
- **Southern Company Gaston Steam Plant,** Wilsonville, Alabama, power precipitator rework
- **TVA (Bull Run Fossil Fuel Steam Plant)**, Clinton, TN
- **Randall Corporation**, Cryo Expander Plant construction and operation, Houston, TX
- **Delhi Petroleum Compressor**, overhaul compressors
- **Spallation Neutron Source Project-DOE OR,TN**   Core team member Duties included Safety Field Oversight and Quality Control
- **Santa Fe Energy**, compressor rebuild and installation.
- **Rocky Mountain Pipeline,** 16" 108-mile pipeline, Cheyenne, WY
- **Spectra Energy, Integrity Management Program**, from TN to Virginia distribution pipeline

- **Duncan Oil and Gas**, Field Upgrade Construction Supervisor
- **Sandia Thermal Test Complex, Client Rep for Construction and Safety,** Albuquerque NM
- **K12 Project, Safety Lead**, Austin, TX Abbott Labs Clean room Installation
- **Motorola Austin TX Clean room installation PCI**
- **Comanche Peak Nuclear Power Plant**, Glenn Rose TX, **Toyota Truck Plant**, San Antonio, TX
- **Chrysler**, Kansas City, Mo, **Ford**, St. Louis, MO, **Toyota,** Georgetown, KY,
- Assisted with offsite planning for **Volkswagen**, Chattanooga, TN, **General Motors**, Arlington, TX; **Ford,** Detroit, MI. Various Hospital Projects in TX where I supervised construction and provided safety oversite

## **Education/Certifications** I have the following training. CSM Certification, Rigging Certification, OSHA 30 , Training, Weapons of Mass Destruction and Desert Survival Training, NCCER OQ and Vera Force, First Aid/AED/CPR Certified, EPC Trained, TWIC Card, Environmental Training

- Plastic Pipe Fusion Certified
- Competent Person Trenching & Excavation Certification
- NSTC Training (North Slope Training)
- Pipeline Welding Inspection
- Management Training
- OSHA 30
- H2S Certification
- Positive Perception Trained
- Poly Pipe Certified for Inspection and Installation
- Sub Part R Trained
- Ingersoll Rand Product/Mechanical Training, Painted Post, NY
- Wire Alignment School Certified
- Murphy Panel Board Training
- Various Compressor Training
- Instrumentation Training
- Safety Council, Houston, TX, Corpus Christi, TX. and Nederland, TX.
- KBR Safety Training Houston TX IRAQ, Afghanistan Protocols, Trans Canada Active Control Trained
- Safety Supervisor Certified
- Emission Controls/ Air Quality Training
- HASWAP Trained / Fresh Air Certified

Feb. 24, 2025   I started my employment with Brigada. From the very beginning I began to second guess my decision to join this company because after orientation they didn't have a hardhat, gloves or a vest for me. I had to wear my old company's hardhat, use my personal gloves and get a vest from Clayco. The safety professional whom I was working with his name is Christian Ruiz. The first day while walking around I met Angie the foreman over the flaggers. I asked Angie how long has she been doing construction work and she replied 2 weeks then I asked well how long have you been over the flaggers and she answered again 2 weeks. I asked Christian what proof of training do we have for the flaggers and he said we don't have any. Later in the day Christian spotted one of the Lull operators (his name is Rafael), Christian said, hey keep an eye on this guy because I don't think he has that much experience plus he's reckless. I met the foremen Kenyatta, Sabrina and Salvadore and Robert today also. The second day I asked Christian who is over the carpenters because with them cutting in an enclosed space they may need earplugs right away Christian issued earplugs and gave the guys a box of earplugs to stay in their area.

My second day I continued walking the site learning the areas where we were working. Johnny the superientendent told me work mostly with Angie because Angie and the other laddies on the flagging crew was complaining about Christian harassing them. I sat with Angie and asked what is it that she needed me to help her ~~docto~~ ~~disposee~~ with whatever issues she had. Her concerns were doing the PTP and assignment co~~verage~~rage, she wasn't sure if she had enough flaggers to do the job daily.

Wednesday Feb. 26 while in the Brigada laydown I noticed a lady not wearing her safety glasses or gloves. I asked the foreman Robert who is this person and he replied that's Pat she does the inventory for the cleaners and carpenters. I left the laydown area and returned more than an hour later and again ~~Pat I~~ noticed Pat not wearing her safety glasses or gloves in the laydown area. After dealing with another matter an hour later for the third time I see Pat not wearing her PPE. I approached Pat first introducing myself and ~~thex askea~~ telling her that I'm the new safety guy for Brigada. During my conversation she never stopped walking so I walked along with her. I said to keep you from getting in any trouble I would appreciate if you wear~~e~~ your safety glasses and gloves when in the laydown area, she answed OK and walked into the connex.

Also today a HITT superintendent asked Brigada to move an enclosed trailer that was impeding some excavation work. Clarence the Lull operator of Brigada was assigned to move the trailer. I noticed the guys needed help so I assisted in the job of moving the trailer. The flagger wasn't experienced in signaling an operator and Clarence the operator I noticed wasn't proficient in operatoring the Lull. A job of moving the trailer should have taken maybe 30 to 45 mins but ended up being 2hrs due to unqualified personnel taking on this task. When I met with Christian I asked him for proof of the Operators certifications and a list of the qualified signallers for operators. Christian said to me that we didn't have access to either of these. I said to Christian, man we have too many people doing jobs that they arent qualified or trained to be doing. Since you aspire to be a Safety Director you stay in the office creating us some safety training for the different tasks that we will be doing such as traffic flaggers, signaling the operators, using the aerial lifts, scissors lifts and operating the Lull. This same day while Christian and I were riding around he spotted a guy driving an aerial lift. Christian asked me to catch up with the lift because he suspected it was being operated by a guy that he stopped early for lacking certification to operating the aerial lift.

Here it is guys are continuing to operate equipment who arent certified or have proof of training

Sure enough it was the guy that he stopped earlier that day. Christian and I would rotate working on Sundays so I suggested we do the training for these tasks on the following Sunday so that we both would get paid for overtime since it was my Sunday to work (March 9, 2025). The next day Thursday I met David and Niko the owners of Brigada. I asked David if he could supply the flaggers for traffics lights for their hardhats. This will help the drivers see the ~~flaggers~~ drivers when driving to see the flaggers in the dark of morning. I spoke to David about the carpenters needing earplugs when working in the cutting area. He asked me why I had Christian ~~aske~~ for a ~~breeof~~ copy of the operators' certifications when ~~he~~ already had this at his office. ~~David asked me to text me this to him~~ David went on to complain to me that he had to pay the Safety Managers more money than he pays his superintendent. He went ~~on~~ to demonstrate how he wanted Christian and I to do visual inspections of the employees. He also told us how he wanted equipment inspected and how he wanted us to do our safety tasks everyday. I went on to talk to David about PPE lack of, there are no gloves or safety glasses in stock available for the employees. He told me that they provide employees with the initial pair. after that they buy their own.

Feb 27 at 5AM, Johnnie the superintendent asked if he could speak to outside of the office. Johnnie said, Alton be careful of ~~here~~ what you say to Pat, she complained to me of you harassing her yesterday. I said Johnnie this is an absolute lie, I just asked her to wear her PPE. From that moment on I didn't speak to her at all, if she was alone in the connex I wouldn't enter. If I was in there with a third person, when they left I would leave as well. I did not speak to Pat anymore but I did take pictures that she continued to wear her PPE after our initial conversation on Feb 26.

While having a conversation of my safety partner Christian, I asked him how much safety experience that he has, he told me that he has just one year of safety experience. I said well how did you get the job if we have to prove 5 years of experience. Christian then told me that ~~he~~ he and David the owner of Brigada manipulated his resume' so that he could qualify for the position. Every day I would reassure Christian that as long as he does the training plan I'll stay in the office outside on the site and handle things. I asked Christian to get all the certifications for full operators, scissor lifts and aerial lifts. We need to schedule a training session ASAP on traffic flagging, signaling operators and any other training our crew members needed. Even though I'm the only one with OSHA 500 Certification Authorized Trainer

papers, so lets schedule it on Sunday March 9, 2025 so you can benefit from overtime also.

On the morning of March 4, 2025 I was in the field near DC 10 building working with the laborers moving Yodocks. After getting rebar for the guys to use when pulling the Yodocks I was sitting in the buggy when a Superintendent from HITT knocked on the door and said I think you need to see this. When I walked over I saw the Lull lifted off the ground only standing on the outriggers. The operator Rafael was still in the seat, I approached Rafael and asked what happened? He went on to explain to me that the Superintendent from HITT asked him to put the scissor lift on the 2nd floor and this is the outcome. I spoke w/ the Superintendent told him how we could fix this problem but in his nervousness he didn't make a decision. 15 minutes later we had almost every Safety Pro at the incident Baltazar from HITT and Taylor Hood of QTS, so I left and continued working elsewhere. Around 5pm I received a call from Christian, he said I was needed by HITT in an investigation about the Lull incident, I told him that I was busy assisting the flaggers w/ the traffic. 5 mins later Johnnie called me and said don't worry about the traffic, I'm needed in this investigation. I came to the meeting there were maybe 12 to 15 people. Rafael, Johnnie, Christian, Chris Speed from HITT, Matt of HITT and several spotters.

In this meeting I mentioned to Chris Speed and Matt that I'm surprised that we as Brigada haven't ~~havent~~ had more incidents. I told them that Brigada operators all are not certified to be operating machinery that they are using. I told Chris and Matt ~~that~~ Ive on several times in my week of working w/Brigada that I wanted to stop work because of incidents that I viewed maybe dangerous. After the meeting around 6:30pm David called and we Brigada management had a conference call meeting. David not knowing of the facts ~~kept~~ kept insisting on suspending the operator Rafael for 3 days. Dang this call David kept yelling telling me and Christian what our roles of safety positions ~~were~~ to do. I was trying to say to David what we needed as the safety positions to do an effective job but he wasn't listening just ~~being~~ argumentive. ~~When~~ David was very dismissive about the safety concerns that I presented him with. I asked for copies of certifications, copies ~~of paperwork~~ records of training and said we didn't need that. I didn't hear from David again until March 7 when he called and asked me to meet him at the tent. ~~During our conversation~~ He started the conversation talking about the ongoing investigat of the lull. I told him first I haven't received a statement from the operator about the incident

He then said don't worry about that, Johnnie
will get his statement

He then said don't worry about that Johnnie
has his statement. I said David that's
part the problem here with Brigada, Johnnie
is the superintendent not the safety personnel.
Either me or Christian should have received that
statement. David went on to say that he told
Johnnie to gather and review the statement while
I did the investigation. I said David the statement
is part of the investigation. He then said well, Alton
don't worry about it HITT is upset that you haven't
finished the investigation and they are also
investigating your other situation. I asked what
other situation? He said you know the sexual
harassment I snapped back, what sexual
harassment, Johnnie mentioned to me
about her complaining of harassing her not
sexual harassing, he said well that's the same
thing. I said David harassment and sexual
harassment are two different things. David
said well I'm not going to argue but HITT want
your badge while they investigate this matter.
I said David I've been here since Oct working
with HITT and know of several investigations

plus he
blamed me
for the
investigation
form that
Johnnie gave
me, compared
my form
to Marsata
the other
Brigada
safety

during those investigations the employee was never asked for their badge but that's cool I know I didn't do anything wrong so I have no issue giving them the badge, I said David I know how to do my job as a safety Professional. I have my own notebook where I take daily notes everyday. I told He said oh man can I see that can I take pictures? I then showed him pictures from my personal tablet since their tablet didn't work. He asked me to share those pictures and I did. David asked I said well David I'll call Matt because he and I have already discussed the investigation. He said no Alton, don't call Matt, don't call Johnnie, Christian, Kenyatta, Sabrina, Robert don't call no one just keep this quiet for now. He said he would call me between 5 and 6 oclock later today. I didn't hear from David until I called him on Tuesday. I called and he didn't answer he texted asking the reason for the call and that he'll call me later. He did call me later saying I asked that you not call anyone. I said well I didn't hear from you so I call others to get answers. David said well HITI decided to not bring you back because you didn't fill out the proper investigation forms. I said David these are the exact papers that were faxed to

Johnnie, did you not see the Brigada letterhead.
He said well don't worry about that plus they
investigated the other situation, She spoke with
HITT and they decided not to bring to you back, I
said so they did an investigation on me and
not talked to me? Are you serious how in the
hell can they do that? I'm going to call Matt
and asked him about this, David said no hold
on don't call Matt, HITT didn't make the decision
on the sexual harassment investigation Brigada
decided after we spoke to her that I'll just
not bring you back, I said David I didn't harass
or sexual harass her, thats not a true story. He
said because you didn't do the investigation HITT
didn't want us to keep you and after we investigation
the sexual situation Brigada we decided
not to keep you. If you want to use me as a
reference then I'll speak well and try to help
you get another position, I asked David so
what am I being relieved for, he then said because
of the sexual harassment investigation we are
letting you go and thats how our call ended.





March 04, 2025 14:45

# ALTON R. MATTHEWS

5004 Fairforest Drive ◆ Stone Mountain, GA 30088 ◆(334) 300-7812 ◆ armgeneralservicesllc@gmail.com

## QUALIFICATIONS PROFILE

Over 25+ years of experience in the Construction Industry, with wide range extensive experience in Industrial and Commercial operations and projects; including 10 years of Risk Management with a specialty in Loss Control, safety management and emergency response. A conscientious, self-directed, team oriented and highly trained Safety Manager adept with welding and ironworker experience; with the ability to lead, train and guide staff and teams, while maintaining site and personnel safety and establishing safety-focused work environments, by identifying and mitigating potential risks and enforcing safety practices and regulations and ensuring Federal, State and Local Regulatory Compliance.

## PROFESSIONAL and WORK EXPERIENCE

As a Safety Manager, my responsibilities include, new hire orientation and training and briefing construction crews to ensure safety during high-risk contraction projects, including subcontracting employers and employees of 600 and more; Checking workers' credentials, certifications and qualifications for assigned tasks; Conducting daily JSAs, Toolbox, monthly site-wide meetings and weekly subcontracting meetings; Performing site wide audits and investigations and insurance claim management; Preparing and issuing immediate stop work order for any safety-related issues and concerns, concluding corrective actions as needed; Performing Fall Prevention, OSHA 10 and OSHA 30 training classes in addition to instructing Rigging, Crane Signaling, and Aerial Lift/Forklift operations. Additional responsibilities include, site safety training, compiling and reporting safety statistics and record keeping; Providing technical support and safety consultancy; Managing costing, budgeting, research, purchase of safety associated tools, equipment and monitors; Serving as  liaison with Federal, State and Local Regulatory Authorities, Insurance Carriers. Attornevs. and Customers.

**WALL SYSTEMS CONSTRUCTION:** Safety Manager (06/2022 – 06/2023) $45 million project of 420 units residential/commercial venue

**ARM GENERAL SERVICES:**  Self-employed General Contractor (03/2020 – 06/2022)

**CLASSIC CONCRETE FORMING:** Site Safety Manager (11/2019 – 03/2020) 14-story, 285,000 square foot dual-branded Marriott hotel in the heart of Midtown.

**LAW CONSTRUCTION:** Site Safety Manager (03/2019 – 11/2019) Nine-acre Brownfield site

**CLEVELAND ELECTRIC:** Electrical Safety Manager (06/2018 – 02/2019)

**BIRDAIR CONTRUCTION**: Safety Manager (03/2017 – 01/2018) Site project at the Mercedes Benz Stadium overseeing ironworkers installation of the skin on the retractable roof of the stadium.

Certified structural welder and ironworker tradesman (05/2013 – 04/2018) Worked with several companies throughout Alabama and Georgia

**GLOVIS AMERICA** - Safety Manager (09/2009 – 05/2013)

## AREAS OF EXPERTISE

| | |
|---|---|
| Site Inspection | Hazard Assessment |
| Root Cause Analysis | Relationship Building |
| Hazardous Material Handling | Data Gathering and Analysis |
| Safety Program Administration | Incident and Accident investigation |
| Project Planning and Coordination | Documentation and Report Generation |

# ALTON R. MATTHEWS
Page 2

## EDUCATION, CERTIFICATIONS and TRAINING

2023    OSHA 500 Re-Certification

2019    HAZWOPER 40-Hour Certification; GHS; and OSHA Hazardous Communications

2018    Advanced Electrical NFPA 70E, Rigging/Signaler and OSHA 2015 Hazardous Awareness

2017    MSHA Underground Minor; EST 3001 General Industry Safety & Health; OSHA 3002 Industrial Hygiene/Silica; OSHA 7405 Fall Hazard Awareness; OSHA 500 GA Tech OTI; OSHA 510; Process Safety Management; Crisis/Emergency Management; Lead, Silica, Anhydrous Ammonia, Asbestos Regulations updates; Cleveland Electric policies and changes; Trenching and Excavation Competent Person; Call before you Dig; Georgia Utility Protection Laws; and OSHA 30 Hr Outreach (retraining)

2016    Asbestos Supervisor Training; Confined Space Training; CPR/First-Aid/AED Certification; Blood borne Pathogens and Construction Site Hygiene

2013    Welding Certifications - SMAW, GMAW, FLAW and AWS – Trenholm College And OSHA 10 hour outreach training

2009    ASME Certified Welder and Certified Forklift Operator for Shipping and Receiving

## MAJOR PROJECTS

- **RESIA Memorial Drive Apartments:** $15 million, 7 Buildings project
- **The Interlock:** $140 million complex in West Midtown Atlanta
- **Google Data Center:** $300 million data center expansion in Metro Atlanta
- **CODA:** $400 million mixed-use development in Midtown Atlanta's Tech Square
- **National Center for Civil and Human Rights Museum:** $100 million museum, auditorium and gallery in Atlanta's Pemberton Place neighborhood
- **Mercedes Benz Stadium:** $1.6 billion retractable roof stadium home to the Atlanta Falcons Football and the Atlanta United Soccer teams
- **Emory Hospital** – Midtown campus; **Georgia Tech Bio Research Center; Veterans Administration Hospital** – Avondale campus; **Georgia Power Plant** – McDonough, GA; **Plant Bowen; Plant Yates; HJAIA Canopy** – Mass Transportation System; **Porsche Headquarters Complex; Hyundai Plant** and the **Maxwell Air Force Base**

## PROFESSIONAL REFERENCES

Mr. Roderick Vaughn, Safety Director: 404.857.5207
Mr. Taron Huckabee, Safety Manager with BirdAir Construction:  770.361.2798
Ms. Debbera Parker, Supervisor, Glovis America USA:  334.300.1180

Current passport; willing to travel and work overtime

 **Gmail**             **Cheree Pace <chereenpace@gmail.com>**

---

## Update to harassment at HITT

**Cheree Pace** <chereenpace@gmail.com>      Wed, Dec 25, 2024 at 9:41 PM
To: Shari_shar@att.net

Cheree Pace

Begin forwarded message:

> **From:** Cheree Pace <chereenpace@gmail.com>
> **Date:** December 19, 2024 at 12:00:20 AM EST
> **To:** jcornwell@hitt-gc.com, "Walz, Justin" <jwalz@hitt-gc.com>, jmyers@hitt-gc.com, SSears@hitt-gc.com, kroy@hitt-gc.com, ldawson@hitt-gc.com
> **Subject: Update to harassment at HITT**

Dear Joe Cornwell,

I am writing to update you on the harassment, retaliation, and unprofessional treatment I experienced during my time working at HITT. These actions have caused severe damage to my professional reputation, mental and emotional well-being, and financial stability.

While I was assured by your HR partner that I could be reassigned to another position with Savi, I instead received a separation notice citing "lack of work." This claim is inconsistent, as both Savi and HITT currently have available work opportunities. It is evident that this action was taken to obscure the bullying and mob-style harassment I endured on-site.

On Monday December 9th, I spoke directly with Baltazar about my concerns regarding division within the team. During our conversation, I informed him of my unease and the remarks I had received from colleagues urging me to "be careful." He acknowledged the team's division and stated he knew he had work to do, yet days later, I was abruptly terminated.  I also told him about a consultant opportunity on site, which has been impacted negatively. This sequence of events and the lack of transparency surrounding the decision highlight an implicit bias and retaliatory behavior.

Let me clarify: I was deliberately targeted during my time at HITT. I was on-site for only five weeks, two of which were spent working nights. My activities in the field can easily be verified through site metrics and SmartSheets.

While everyone has the freedom to form their own opinions about others, no one has the right to intentionally harm, lie about, or defame others. Such actions are not only unprofessional but also unjustifiable.

This situation has caused significant damage, and I urge you to review the facts objectively to address the harm that has been done. Both Vee and Baltazar had the opportunity to do the right things instead they supported each other and no one supported me or the work I did on the site.  Help them to understand the rules / laws to employment and the differences between being a boss and a leader.

**1. Unjust Termination:**
My termination under the pretext of "lack of work" is unsupported by the actual availability of work and appears retaliatory. This action occurred shortly after I raised valid concerns about team dynamics and fairness in the workplace.

**2. Bias and Double Standards:**
During my assignment, there was inconsistent enforcement of safety standards. For example, unmarked safety glasses from non-compliant distributors were regularly used, yet I was singled out for alleged non-

compliance. Additionally, Baltazar reportedly told others that even if my glasses were verified as compliant, I had other unspecified issues—an assertion that was untrue and deeply damaging.

**3. Retaliatory Leadership:**
Baltazar's actions—terminating me without justification or due process while defaming my character—were unprofessional and irresponsible. Instead of addressing my work directly or providing feedback, he fostered a narrative that undermined my credibility. By Friday morning, the entire site, from Clayco leadership to field workers, was made aware of my termination, further compounding the damage to my reputation.

**4. Coerced Testimonies:**
I have also learned that HITT employees were asked to provide feedback about their interactions with me. This creates an environment where individuals feel pressured to conform to a narrative to protect their own job security, compromising transparency and fairness.

**5. Emotional and Financial Harm:**
The hostile work environment and subsequent termination have caused significant stress, anxiety, and financial hardship. My reputation, carefully built over years of experience, has been severely and unjustly damaged, directly impacting my ability to secure future opportunities.

It is deeply disappointing to see how experienced safety professionals, such as myself, are treated in this environment. Initially, I believed these actions stemmed from implicit bias; however, the deliberate choices made without addressing my concerns suggest a deeper level of complicity. Whether implicit or explicit, the harm remains the same.

This incident has irreparably impacted my trust in HITT's leadership and commitment to a fair work environment. I am prepared to explore all options, including engaging with internal and external legal or regulatory bodies, should this matter remain unresolved. However, I hope HITT will take this opportunity to address the situation transparently, equitably, and professionally.

I remain open to mediation and a resolution that allows me to move forward productively and equitably.  But please understand this is not okay!

Sincerely,

Cheree Newson Pace

 **Gmail**

**Cheree Pace <chereenpace@gmail.com>**

---

## Safety Certifications

**Cheree Pace** <chereenpace@gmail.com>                                    Fri, Mar 7, 2025 at 2:15 PM
To: ctalvacchio@haztekinc.com, ddhabolt@haztekinc.com

Good afternoon,

I wanted to follow up regarding my recent interview for a Safety position at Haztech. I remain very interested in the opportunity and am eager to contribute my skills to your team.

Could you please provide an update on the status of my application? I understand that the hiring process can take time and would appreciate any information you can share about the next steps or the anticipated timeline for a decision.

Thank you for considering my application. I look forward to the possibility of joining Haztech and contributing to your continued success.

Sincerely,

Cheree Newson Pace

678.755.1102

[Quoted text hidden]

Case 3:25-cv-00197-LMM   Document 1-2   Filed 09/08/25   Page 50 of 85



**Cheree Pace <chereenpace@gmail.com>**

---

## Video Call: Construction Safety Manager 3::Atlanta, GA:: Client Microsoft Corporation(150657-1).

1 message

**Hasan, Zahid** <Zahid.Hasan@dexian.com>                    Tue, Mar 11, 2025 at 1:30 PM
To: Cheree Pace <chereenpace@gmail.com>
Cc: "Sharma, Abhay Kumar" <abhay.sharma@dexian.com>

---

## Microsoft Teams Need help?

### Join the meeting now

Meeting ID: 266 347 825 502

Passcode: mU7ac2RW

---

**Dial in by phone**

+1 323-795-4524,,880580349# United States, Los Angeles

Find a local number

Phone conference ID: 880 580 349#

For organizers: Meeting options | Reset dial-in PIN



Org help | Privacy and security

---

Disclaimer:- The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately and destroy all copies of this message and any attachments. The views expressed in this E-mail message (including the enclosure/(s) or attachment/(s) if any) are those of the individual sender, except where the sender expressly, and with

authority, states them to be the views of Dexian DISYS. Before opening any mail and attachments please check them for viruses. Dexian DISYS does not accept any liability for virus infected mails.

📄 **invite.ics**
5K

State of Georgia
Department of Labor

## SEPARATION NOTICE

1. Employee's Name  Cheree Newson-Pace          2. SSN  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

   a. State any other name(s) under which employee worked. _____

3. Period of Last Employment: From  11/04/2024      To  12/12/2024

4. REASON FOR SEPARATION:

   a. LACK OF WORK  ☑

   b. If for other than lack of work, state fully and clearly the circumstances of the separation: _____
_____
_____
_____

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)
   (DO NOT include vacation pay or earned wages)

   _____ in the amount of $ _____ for period from _____ to _____
     (type of payment)

   Date above payment(s) was/will be issued to employee _____

   IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.
   _____ per month _____ % of contributions paid by employer

6. Did this employee earn at least $9,490.00 in your employ?  YES ☑  NO ☐  If NO, how much? $_____
                                               Average Weekly Wage $_____

Oasis Outsourcing
_____
Employer's Name

c/o Employers Edge - TPA P.O. Box 351567
_____
Mailing Address

Westminister      CO     80035
City         State     Zip Code

Employer's Telephone No.   877    418-9389
          (Area Code)       (Number)

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for separation information, you may attach a copy of this form (DOL-800) as a part of your response.

**GA D. O. L. Account Number** Oasis, A Paychex Company (888) 627-4735 x5141121

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

_(signature)_
_____
Signature of Official, Employee of the Employer
or authorized agent for the employer
We report all claims via SIDES

VP of Administration
_____
Title of Person Signing

12/16/2024
_____
Date Completed and Released to Employee

### NOTICE TO EMPLOYEE
**OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

**PRINT**      **CLEAR**

DOL-800 (R-02-24)

**INSTRUCTIONS TO EMPLOYER FOR COMPLETION
OF THIS SEPARATION NOTICE**

In accordance with the Employment Security Law, OCGA Section 34-8-190(c) and Rules pursuant thereto, a Separation Notice **must** be completed for each worker who leaves your employment, regardless of the reason for the separation. This notice shall be used where the employer-employee relationship is terminated and shall not be used when employer-filed claims (partial) or mass separation (DOL-402) notices are filed.

Item 1.   Enter employee's name as it appears on your records. If it is different from the name appearing on the employee's Social Security Card, report both names.

Item 2.   Enter the employee's Social Security Number. **Verify for accuracy.**

Item 3.   Enter the dates of employee's most recent work period.

Item 4.   a. If the reason for separation is for "LACK OF WORK," check box indicated.
          b. If the reason for separation is OTHER THAN "lack of work," give complete details about the separation in space provided. If needed, add a separate sheet of paper.

Item 5.   If any type payment, (i.e. Separation Pay, Wages-in-lieu of Notice, etc.) was made, indicate the type of payment and the period for which payment was made beyond the last day. Give the date on which the payment was/will be issued to the employee.  DO NOT include vacation pay or earned wages.

Item 6.   Check the appropriate block YES or NO to indicate whether this employee earned at least $9,490.00 in your
employ.  If you check NO, enter amount earned in your employ. Give average weekly wage (without overtime) at the time of separation.

Employer's Name.      Give full name of employer under which the business is operated.

Address.    Give full mailing address of the  employer  where  communications  are to  be sent  regarding a potential claim.

GA DOL Account Number Employer's 8-digit state account number assigned by GDOL.

Your state DOL Unemployment Insurance Account Number as it appears on your Quarterly Tax and Wage Report.

Signature.    This notice must be signed by an officer or employee of the employer or authorized agent for the employer, and this person's title or position held with the employer must be shown.

Date.    This notice should be dated and delivered to the separated employee in electronic or hard copy format.

OCGA Section 34-8-256(b)
PENALTY FOR OFFENSES BY EMPLOYERS. "Any employing unit or any officer or agent of an employing unit or any other person who knowingly makes a false statement or representation or who knowingly fails to disclose a material fact in order to prevent or reduce the payment of benefits to any individual entitled thereto or to avoid becoming or remaining subject to this chapter or to avoid or reduce any contribution or other payment required from an employing unit under this chapter or who willfully fails or refuses to make any such contributions or other payment or to furnish any reports required under this chapter or to produce or permit the inspection or copying of records as required under this chapter shall upon conviction be guilty of a misdemeanor and shall be punished by imprisonment not to exceed one year or fined not more than $1,000.00 or shall be subject to both such fine and imprisonment. Each such act shall constitute a separate offense."

OCGA Section 34-8-122(a)
PRIVILEGED STATUS OF LETTERS, REPORTS, ETC., RELATING TO ADMINISTRATION OF CHAPTER. "All letters, reports, communications, or any other matters, either oral or written, from the employer or employee to each other or to the department or any of its agents, representatives, or employees, which letters, reports, or other communications shall have been written, sent, delivered, or made in connection with the requirements of the administration of this chapter, shall be absolutely privileged and shall not be made the subject matter or basis for any action for slander or libel in any court of the State of Georgia."

DOL-800 (R-02-24)

## EMPLOYER NOTIFICATION TO EMPLOYEES OF THE AVAILABILITY OF UNEMPLOYMENT COMPENSATION

Unemployment Insurance (UI) benefits are available to workers who are unemployed and who meet the state UI eligibility laws. You may file a UI claim the first week that your employment stops or your work hours are reduced.

For assistance or more information about filing a UI claim visit the Georgia Department of Labor's website at **dol.georgia.gov**. You will need to provide the following information in order for the state to process your claim:

- Your legal name as it appears on your Social Security card

- Social Security Number

- Georgia Driver's License, if applicable

- Work authorization documents, if you are not a U.S. citizen

- Bank's routing number and your account number, if you want to receive your benefit payments via direct deposit

- Work history information for the last 18 months, to include your separation notice, if provided by your employer

You can file your claim online using any Internet accessible device. Follow these steps to file your claim online:

1. Go to dol.georgia.gov.

2. Select **Apply for Unemployment Benefits**.

3. Answer the questions completely.

4. Download and read the *UI Claimant Handbook*. Information in this handbook provides detailed instructions regarding the unemployment insurance (UI) program and the "Next Steps" to follow after submitting your claim.

5. Record your **Confirmation Number**. A confirmation email will be sent to the email address provided when completing the claim application. (If you do not receive a confirmation number, the application was not successfully completed. It remains on the system for 24 hours. Log in again and make sure you select FINISH to receive a confirmation number.)

If you have questions about the status of your claim, you can check the status of your claim online at **dol.georgia.gov** by using *My UI* **(Check My UI Claim Status)**.

For assistance, contact UI Customer Service at 1.877.709.8185 Monday–Friday, 8:00 a.m. – 4:30 p.m. EST or email Customer.Service@gdol.ga.gov.

## SAVI Data Center

5 messages

**Cheree Pace** <chereenpace@gmail.com>                    Mon, Jan 27, 2025 at 10:14 AM
To: "MDonoghue@theamphibiousgroup.com" <MDonoghue@theamphibiousgroup.com>

1/27/2024

SAVI EHS, LLC
3320 E AIRPORTWAY
LONG BEACH CA 90806

Dear Mr. Donoghue,

I am writing to express my deep disbelief and disappointment regarding SAVI's lack of representation and
support during my assignment at the Microsoft data center project site in Fayetteville, GA. The treatment I
experienced and the subsequent lack of advocacy from SAVI have left me in a state of financial,
professional, and emotional hardship. I felt compelled to reach out to share my story and seek both answers
and a sense of fairness for the challenges I've endured.

The unethical actions of HITT leadership and the failure to address these issues have caused significant
harm to my reputation and career. I am reaching out not out of anger, but in the hope that SAVI will take the
necessary steps to right these wrongs, provide restitution for the harm I've suffered, and uphold the values
of fairness and support that every employee deserves.

**Failure to Investigate and Support**

It has come to my attention that SAVI relied on unverified information from individuals working alongside
me rather than conducting a thorough and impartial investigation into the allegations made against me. This
failure to substantiate claims has not only damaged my reputation but has also allowed the unjust
treatment by HITT's leadership to go unchecked.

An EHS colleague, who is also a SAVI employee, witnessed several instances of mistreatment and
unknowingly called Sean, your Operations Manager, to inform him that the allegations against me were
unfounded. Despite this, no action was taken to address these claims or advocate for my fair treatment. On
December 12,2024 Sean informed me that I was no longer permitted on-site, but he assured me that I
would quickly be placed in another assignment.  I texted him 2 times before sending an email on December
23  However, I did not hear back from him until January 6, 2025 several weeks after my termination—
leaving me in financial uncertainty during the holiday season.

On January 5, 2025, I emailed Sean at SAVI requesting clarification regarding the circumstances of my
separation and inquiring about potential opportunities. Instead of assistance or acknowledgment of my
concerns.  I was blindsided by a separation notice from Mollie McFarland on December 16, 2024, citing "a
lack of work" as the reason for my termination. This explanation is both perplexing and unconvincing, given
that the project is one of the most active and work-intensive sites in the industry. This effectively ended my
employment during a time when most staff were on holiday or PTO, leaving me without support, income, or

recourse to defend myself. While Georgia is an at-will employment state, SAVI's handling of this situation fails to meet the standards of fairness and accountability outlined in my contract.

**Unjust Ban and Damage to Reputation**

On January 24, 2024, I was informed by a potential employer that, after speaking with Baltazar Franco at HITT, they could not proceed with hiring me. Although they refused to repeat Baltazar's exact words, they confirmed that HITT would not allow me to work on the site in any capacity. This conversation revealed the extent of the damage to my professional reputation caused by HITT's actions and raised serious concerns about the lack of transparency and documentation behind their claims.

Surely, any allegations or concerns raised by HITT regarding my qualifications or performance should have been documented and shared with SAVI. The absence of such documentation—or their refusal to provide it —suggests that the claims were either unsubstantiated or would reveal that I was unfairly targeted, discriminated against, and subjected to mob bullying on the site.

Despite my qualifications and years of experience, I have been banned from a site of over 1000 professionals solely due to Baltazar's misuse of authority. This ban not only ended my assignment unjustly but also effectively blacklisted me from future opportunities in my field, close to home. This is the second potential opportunity I have lost on this site due to Baltazar's actions, demonstrating a deliberate effort to harm my career.

By failing to advocate for me and demand accountability from HITT, SAVI has enabled these unjust actions to stand, compounding the harm to my reputation, financial stability, and career prospects.

**Failure to Represent**

SAVI had a clear responsibility to ensure that I was treated fairly and ethically by HITT, the client to whom I was assigned. Despite my exceeding the role's qualifications and adhering to all safety protocols, SAVI failed to:

1. Advocate on my behalf when the ban and termination were issued without proper justification or documentation.
2. Investigate or address defamatory statements made by HITT personnel regarding my qualifications and professionalism.
3. Protect my professional reputation and ensure my continued employability, as is their obligation under the terms of my contract.

Several other colleagues on-site who witnessed my treatment and HITT's unethical behavior are willing to corroborate my claims. However, they my be hesitant to come forward due to fear of retaliation, which underscores a broader issue—a lack of a supportive and secure culture where employees feel safe to report misconduct without fear of repercussions.

SAVI's failure to adequately represent and advocate for me has resulted in the following:

1. **Severe Financial Harm**: The sudden and unjust termination caused the loss of wages, including my $1,000 weekly lodging allowance, and left me with no alternative assignments or income.
2. **Irreparable Reputational Damage**: The defamatory statements and unjust site ban, combined with SAVI's inaction, have severely impacted my ability to secure new work opportunities in my field.
3. **Emotional Stress**: Being unjustly terminated from a role I was passionate about, with no employer support, has caused significant personal and professional distress.

To resolve this matter amicably, I am requesting the following within **10 business days** of receiving this letter:

1. **Written Explanation**: A detailed explanation of why SAVI failed to properly represent me and advocate against the unjust actions taken by HITT.
2. **Compensation**: Reimbursement for lost wages, including the weekly lodging allowance, and damages resulting from the reputational harm caused by SAVI's inaction.
3. **Advocacy with HITT**: Immediate steps to advocate for the removal of the unjust ban imposed by HITT and to address the defamatory statements made by their personnel.
4. **Assurance of Support**: A written commitment to ensuring better representation for your employees in the future, including protection for those willing to come forward with testimony about workplace mistreatment.

I trust that SAVI values its employees and is committed to fostering a fair and supportive work environment. I urge you to take this opportunity to address the concerns I have raised and work toward a resolution that reflects SAVI's dedication to its workforce. I look forward to receiving a written response detailing the steps you will take to rectify this situation and uphold your obligations as an employer.

Thank you for your attention to this matter. Please send your response to the email provided above.

Sincerely,
Cheree Newson-Pace

---

**Cheree Pace** <chereenpace@gmail.com>         Tue, Jan 28, 2025 at 1:35 PM
To: charlie williams <cwglobalconsulting@aol.com>

    Cheree Pace

    Begin forwarded message:

        **From:** Cheree Pace <chereenpace@gmail.com>
        **Date:** January 27, 2025 at 10:14:49 AM EST
        **To:** mdonoghue@theamphibiousgroup.com
        **Subject: SAVI Data Center**

        [Quoted text hidden]

---

**Charles Williams** <cwglobalconsulting@aol.com>        Tue, Jan 28, 2025 at 1:51 PM
To: Cheree Pace <chereenpace@gmail.com>, Adam Haubenreich <adam.haubenreich@qtsdatacenters.com>, Kassandra Denis <Kassandra.Denis@blackstone.com>

    Cheree these are the only two legal councils that have some type of relationship with the project. We know by talking with many that QTS supported what HITT performed. Numerous people are leaving there and many more will they all know we are right and I believe we have plenty to file a class action suit and take it all public as many have suggested. We know OSHA alone will have a hay day plus just letting public know what safety issues exist. Some local responders were see the picture it's not that something is going to become fatal it's what day. One death has already occurred on bus . We no that even though it was not a job accident the fact he was on bus for 45 minutes before someone realized there was an issue. I was hoping some would really see the light but not looking so good so maybe we should open the curtains. Mr. Adam and Ms. Kassandra any suggestions we have honestly told you both the truth and sure can back it up. Thanks you all
    Charlie Williams

On Jan 28, 2025, at 1:35 PM, Cheree Pace <chereenpace@gmail.com> wrote:

[Quoted text hidden]

---

**Charles Williams** <cwglobalconsulting@aol.com>       Tue, Jan 28, 2025 at 1:55 PM
To: Terence Curran <tcurran@theamphibiousgroup.com>, Cheree Pace <chereenpace@gmail.com>, Adam Haubenreich <adam.haubenreich@qtsdatacenters.com>, Kassandra Denis <Kassandra.Denis@blackstone.com>

I have been done basically the same way and been blown off and I have 46 yrs in the field. No support from people we represent to do things the right way and not turn blind eye
Charlie Williams

Begin forwarded message:

> **From:** Charles Williams <cwglobalconsulting@aol.com>
> **Date:** January 28, 2025 at 1:51:57 PM EST
> **To:** Cheree Pace <chereenpace@gmail.com>, Adam Haubenreich <adam.haubenreich@qtsdatacenters.com>, Kassandra Denis <Kassandra.Denis@blackstone.com>
> **Subject: Re: SAVI Data Center**
>
> Cheree these are the only two legal councils that have some type of relationship with the project. We know by talking with many that QTS supported what HITT performed. Numerous people are leaving there and many more will they all know we are right and I believe we have plenty to file a class action suit and take it all public as many have suggested. We know OSHA alone will have a hay day plus just letting public know what safety issues exist. Some local responders sure see the picture it's not that something is going to become fatal it's what day. One death has already occurred on bus . We no that even though it was not a job accident the fact he was on bus for 45 minutes before someone realized there was an issue. I was hoping some would really see the light but not looking so good so maybe we should open the curtains. Mr. Adam and Ms. Kassandra any suggestions we have honestly told you both the truth and sure can back it up. Thanks you all
>
> [Quoted text hidden]

---

**Charles Williams** <cwglobalconsulting@aol.com>       Tue, Jan 28, 2025 at 1:56 PM
To: Cheree Pace <chereenpace@gmail.com>

Charlie Williams

Begin forwarded message:

> **From:** Charles Williams <cwglobalconsulting@aol.com>
> **Date:** January 28, 2025 at 1:55:38 PM EST
> **To:** Terence Curran <Tcurran@theamphibiousgroup.com>, Cheree Pace <chereenpace@gmail.com>, Adam Haubenreich <adam.haubenreich@qtsdatacenters.com>, Kassandra Denis <Kassandra.Denis@blackstone.com>
> **Subject: Fwd: SAVI Data Center**
>
> I have been done basically the same way and been blown off and I have 46 yrs in the field. No support from people we represent to do things the right way and not turn blind eye
>
> [Quoted text hidden]

 **Gmail**

**Cheree Pace <chereenpace@gmail.com>**

## Unfair Labor Practice Charge Against HITT Contracting & Site Safety Leadership
2 messages

**Cheree Pace** <chereenpace@gmail.com>                                      Fri, Jan 31, 2025 at 8:55 PM
To: "OIGHOTLINE@nlrb.gov" <OIGHOTLINE@nlrb.gov>
Bcc: cwglobalconsulting@aol.com

Cheree Newson -Pace

855 Streamside Drive
Mcdonough GA  30252
6787551102

01/31/3025

Dear National Labor Relations Board,

I am filing an **Unfair Labor Practice (ULP) charge** against **HITT Contracting, Savi (Third-Party Contractor), and Site Safety Leadership** for violations of **Sections 8(a)(1), 8(a)(3), and 8(a)(5) of the National Labor Relations Act (NLRA).** Despite not being in a union, I was engaged in **protected concerted activity** by advocating for safety, fair treatment, and workplace security. My termination, blacklisting, harassment, and coercion constitute clear **violations of the NLRA.**

**Employer Information:**

- **Company Name:** HITT Contracting & Savi (Third-Party Contractor)
- **Work Location:** Fayetteville, GA  Microcenter Data Center
- **Employer's Address:** QTS Data center (Microsoft) **1435 Highway 54 West Fayetteville, GA 30214**
- **Manager Involvement /Team member witness :**
    - Baltazar Franco (Immediate Supervisor)
    - Lupa (Safety Team Member)
    - Jennie (Safety Team Member)
    - Joe Cornwell (Site Leadership)
    - Sean Curran (Savi Representative)
    - Joe Andrew   (Safety Team Member)
    - Clint Hexum (Safety Team Member)
    - Nancey Livingston (Safety Team Member
    - Robert  (Safety Team Member)
    - Alton  (IES Contracting)
    -  Charles Williams (BKI Fired Safety)
    - Danielle   (Orr Communications)
    - Katrina (Allison Smith)


**Timeline of Retaliatory Actions & Violations:**

1. **December 6, 2024 – Introduction of "Zero Tolerance" Policy & Early Signs of Targeting**
    - A new **"Zero Tolerance" safety rule** was introduced, with **permanent bans for PPE violations.**

- Lupa questioned me about not arriving at 4:00 AM like the rest of the group and **sent me on an unnecessary task to sign off on scaffolding, which had already been checked.**
- **Another safety professional with over 40 years of experience raised concerns about electrical safety and was also terminated.**

2. **December 9, 2024 – Private Discussion with Baltazar Franco**
   - I had a **one-on-one conversation with my immediate supervisor, Baltazar Franco, stating that I refused to "pick a side" in the divided safety team** and felt **uncomfortable in the hostile work environment.**
   - I informed him that **I planned to look for other opportunities** due to the toxic work environment.

3. **December 12, 2024 – Retaliation & Termination**
   - On this day, **Lupa followed me throughout the job site, monitoring me excessively** as I conducted coaching sessions, making it clear that I was being singled out.
   - **Jennie invaded my personal space** by walking behind me and checking my hair without my consent, which was inappropriate and unrelated to workplace duties.
   - **I was fired without prior warning, without cause, and without a proper discussion.**
   - **HITT claimed my termination was due to improper PPE, yet my third-party employer (Savi) cited "lack of work" as the reason.**
   - Despite the claim of "lack of work," the site **had 4,000 workers and multiple active safety job openings.**

4. **December 24, 2024 – Blacklisting & Exclusion from Employment**
   - I was **told that I could not work for another contractor on the site because "Baltazar said so."**
   - When I asked why, the individual was **afraid to tell me what was said, further indicating retaliation and blacklisting.**

5. **January 5, 2025 – Threats Against Remaining Workers**
   - **Joe Cornwell threatened the remaining team members**, stating that they would be forced to fire people.
   - I had previously raised concerns about **the company's security practices**, including:
     - **Locked doors for executives but no security for safety team members after the mass firing event.**
     - **Lack of a secured parking lot, making employees in blue vests vulnerable to targeted violence.**
     - **Required blue vests that were not ANSI-approved PPE.**
   - My termination and the continued threats against others demonstrate a **clear effort to silence safety concerns.**

**Violations of the NLRA:**

1. **Wrongful Termination & Retaliation for Raising Workplace Safety Concerns (Violation of Sections 8(a)(1) and 8(a)(3))**
   - I was fired **without written notice, warning, or a proper disciplinary process.**
   - The alleged reason (PPE violation) was **inconsistent with site enforcement and a pretext for retaliation.**
   - My third-party employer cited **"lack of work," despite many open safety positions.**

2. **Blacklisting & Employer Retaliation Against Other Workers (Violation of Section 8(a)(1))**
   - Baltazar Franco actively prevented me from being hired by other contractors on the site.

- Other workers were **threatened with termination if they questioned leadership's decisions.**

3. **Harassment, Coercion & Targeting by Safety Leadership (Violation of Section 8(a)(1) – Coercive Rules & Actions)**
   - **Lupa followed and monitored me excessively on December 12.**
   - **I was subjected to personal invasion (hair check) by Jennie without consent.**
   - I was excluded from leadership discussions, while **favoritism** toward Lupa and Casey determined promotions.

4. **Workplace Division & Encouragement of a Hostile Environment (Violation of Section 8(a)(1) – Coercive Rules & Actions)**

   - The **safety team was deliberately divided into separate groups** instead of working as a unit, creating a toxic work environment.
   - I refused to take sides in the ongoing conflict, which **resulted in further exclusion and retaliation against me.**
   - **Management led mob-style bullying tactics**, allowing certain employees to target and harass others without consequence.
   - **Negative team meetings were held where I was isolated and publicly undermined.**

5. **Workplace Favoritism & Discriminatory Treatment (Violation of Section 8(a)(1))**

   - Leadership at the site openly favored certain individuals, specifically Lupa and Casey, while disregarding others, including myself.
   - I was excluded from key discussions, assignments, and opportunities, while management consistently selected favored individuals.
   - This favoritism created a hostile work environment where decisions were based on personal preference rather than qualifications or fair employment practices.

6. **Lack of Transparency & Failure to Provide Information on My Termination (Violation of Section 8(a)(5))**

   - HITT and Savi **refused to provide clear documentation or justification for my termination.**
   - **Contradictory reasons were given** (improper PPE vs. lack of work), proving inconsistency.

**Remedy Sought:**

I request that the NLRB **investigate these unfair labor practices** and take the following actions:

- **A formal investigation into HITT Contracting's retaliatory practices and blacklisting efforts.**
- **A cease and desist order against HITT and site leadership for ongoing retaliation.**
- **Review of hiring and firing practices on-site to ensure fairness in employment opportunities.**
- **Legal remedies for wrongful termination and workplace discrimination with back pay.**

I am available to provide additional evidence, including **witness statements, documentation of favoritism, and records of open safety positions that I was excluded from.** Please confirm receipt of this charge and advise me on the next steps. Thank you for your assistance.

Cheree Newson-Pace



**seperation.pdf**
1619K

---

**Cheree Pace** <chereenpace@gmail.com>                    Mon, Feb 3, 2025 at 3:31 PM
To: Alton Matthews <armgeneralservicesllc@gmail.com>

Cheree Pace

Begin forwarded message:

**From:** Cheree Pace <chereenpace@gmail.com>
**Date:** January 31, 2025 at 8:55:46 PM EST
**To:** OIGHOTLINE@nlrb.gov
**Subject: Unfair Labor Practice Charge Against HITT Contracting & Site Safety Leadership**

Cheree Newson -Pace

855 Streamside Drive
Mcdonough GA  30252
6787551102

01/31/3025

Dear National Labor Relations Board,

I am filing an **Unfair Labor Practice (ULP) charge** against **HITT Contracting, Savi (Third-Party Contractor), and Site Safety Leadership** for violations of **Sections 8(a)(1), 8(a)(3), and 8(a)(5) of the National Labor Relations Act (NLRA).** Despite not being in a union, I was engaged in **protected concerted activity** by advocating for safety, fair treatment, and workplace security. My termination, blacklisting, harassment, and coercion constitute clear **violations of the NLRA.**

**Employer Information:**

- **Company Name:** HITT Contracting & Savi (Third-Party Contractor)
- **Work Location:** Fayetteville, GA  Microcenter Data Center
- **Employer's Address:**
- **Supervisor/Manager Involved:**
  - Baltazar Franco (Immediate Supervisor)
  - Lupa (Safety Team Member)
  - Jennie (Safety Team Member)
  - Joe Cornwell (Site Leadership)
  - Sean C (Savi Representative)
  - Joe Andrew   (Safety Team Member)
  - Clint Hexum (Safety Team Member)
  - Nancey (Safety Team Member
    [Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
- **Locked doors for executives but no security for safety team members.**

- **Lack of a secured parking lot, making employees in blue vests vulnerable to targeted violence.**
- **Required blue vests that were not ANSI-approved PPE.**
  - My termination and the continued threats against others demonstrate a **clear effort to silence safety concerns.**

**Violations of the NLRA:**

1. **Wrongful Termination & Retaliation for Raising Workplace Safety Concerns (Violation of Sections 8(a)(1) and 8(a)(3))**
   - I was fired **without written notice, warning, or a proper disciplinary process.**
   - The alleged reason (PPE violation) was **inconsistent with site enforcement and a pretext for retaliation.**
   - My third-party employer cited **"lack of work,"** despite many open safety positions.
2. **Blacklisting & Employer Retaliation Against Other Workers (Violation of Section 8(a)(1))**
   - **Baltazar Franco actively prevented me from being hired by other contractors on the site.**
   - Other workers were **threatened with termination if they questioned leadership's decisions.**
3. **Harassment, Coercion & Targeting by Safety Leadership (Violation of Section 8(a)(1) – Coercive Rules & Actions)**
   - **Lupa followed and monitored me excessively on December 12.**
   - **I was subjected to personal invasion (hair check) by Jennie without consent.**
   - I was excluded from leadership discussions, while **favoritism** toward Lupa and Casey determined promotions.
4. **Lack of Transparency & Failure to Provide Information on My Termination (Violation of Section 8(a)(5))**
   - HITT and Savi **refused to provide clear documentation or justification for my termination.**
   - **Contradictory reasons were given** (improper PPE vs. lack of work), proving inconsistency.

**Remedy Sought:**

I request that the NLRB **investigate these unfair labor practices** and take the following actions:

- **A formal investigation into HITT Contracting's retaliatory practices and blacklisting efforts.**
- **A cease and desist order against HITT and site leadership for ongoing retaliation.**
- **Review of hiring and firing practices on-site to ensure fairness in employment opportunities.**
- **Legal remedies for wrongful termination and workplace discrimination.**

[Quoted text hidden]

 Gmail

**Cheree Pace <chereenpace@gmail.com>**

---

## Savi Seperation

**Cheree Pace** <chereenpace@gmail.com>                                Mon, Jan 27, 2025 at 3:43 PM
To: Mollie McFarland <MMcFarland@theamphibiousgroup.com>
Cc: Christian Deater <cdeater@theamphibiousgroup.com>, Terence Curran <Tcurran@theamphibiousgroup.com>

Thank you for your response and for confirming my good standing with SAVI EHS. I appreciate the clarification regarding my eligibility for rehire and employment verifications.

Please understand that my intention is not to be difficult but to seek a valid and detailed response to my concerns. I am still expecting this within 10 days, as I am trying to avoid escalation or further damages. If there is an attorney or legal representative I can forward my concerns to, I would appreciate it if you could provide their contact information.

I value the work I've done with SAVI EHS and hope we can address this matter effectively and amicably. Thank you for your time and attention to this issue. I look forward to your reply.

Best regards,
Cheree Pace

[Quoted text hidden]

3:25-cv-00197-LMM    Document 1-2    Filed 09/08/25    Page 65



**Left screen:**

5:37

**HITT Safety Team**
Baltazar, Casey, Dave, David, Guad...

you showed me yesterday?

@Lupe Acosta YOU got Pace 😤
4:53PM

**Guadalupe Acosta**

😂

GA 4:54PM

**Vee Jordan**
Mr Nicest guy on this project 🤣🤣🤣
4:55PM

**Guadalupe Acosta**
She photo bombed me 4:55PM

**Vee Jordan**
**Guadalupe Acosta**
She photo bombed me

Suuuuure 😄 4:55PM

**Right screen:**

5:37

**HITT Safety Team**
Baltazar, Casey, Dave, David, Guad...

**Vee Jordan**

CY

Clay :

iMessage
Today 4:43 PM

Good afternoon. May you send me that picture of the safety that you showed me yesterday?

@Lupe Acosta YOU got Pace 😤
4:53PM

**Guadalupe Acosta**

😂

GA 4:54PM

**Vee Jordan**
Mr Nicest guy on this project 🤣🤣🤣
4:55PM

**Guadalupe Acosta**
She photo bombed me 4:55PM



# HITT Code of Conduct

## At HITT, our focus goes beyond simply getting the job done; it's about how we conduct ourselves while we do it.

Our team members' actions are a direct representation of the company—an organization that strives to do the right thing with passion, professionalism, and respect for everyone in our industry.

This document serves as our official Code of Conduct and should be used to guide ethical conduct and behavior both in and out of the office. With the understanding that each one of us is an ambassador for The HITT Way, those that do not conduct themselves in alignment with the principles outlined in this Code will be subject to disciplinary action up to and including termination.

### THE HITT CODE OF CONDUCT IS FOUNDED ON THESE FIVE PRINCIPLES:

- Always Take the High Road
- Respect All Individuals
- Compete with Integrity
- Respect the Process
- Responsibility for People and Planet

### ALWAYS TAKE THE HIGH ROAD

HITT's legacy and future success is a direct result of our team members' developing strong client connections and exceeding expectations on our projects. By always taking the high road, employees foster trust and credibility, laying the foundation for strong, enduring relationships with clients, subcontractors, and vendors.

### SETTING THE TONE

Our team members set the tone for ethical behavior by conducting themselves with integrity and transparency in all their interactions. HITT teams are expected to exhibit and encourage clear and direct communication, all while fostering a positive and ethical work environment.

CODE OF CONDUCT 



Conduct yourself with integrity. Follow the law and be a person of your word.

To ensure their behavior adheres to this expectation, team members should ask themselves the following questions about their actions:

- Is this consistent with the values and ethics of The HITT Way?
- Does this comply with the law (and spirit of the law)?
- Will it further foster trust and credibility in myself and my company?
- Will it strengthen this relationship without compromising our values?
- Would I be comfortable having this discussed at a staff meeting?

These questions apply to interactions with colleagues, the public, clients, subcontractors, and vendors, whether in the office, at the jobsite, in email correspondence, or on social media.

## UPHOLDING THE LAW (AND THE SPIRIT OF THE LAW)

All HITT team members must respect and obey both the spirit and letter of all applicable local, state, and federal laws, rules and regulations. While not expected to know the details of all possible requirements, we expect that HITT employees will use common sense and be informed enough to make wise decisions. Should any team members be in doubt, they are encouraged to seek advice from peers or other advisors.

## RESPECT ALL INDIVIDUALS

HITT is an **Equal Opportunity Employer that embraces diversity and prohibits discrimination** against any of its employees or applicants for employment on the basis of race, color, religion, sex (including pregnancy, childbirth, and related medical conditions), sexual orientation, national origin, ancestry, disability, protected veteran status, age, genetic information, marital status, political affiliation, or any other basis protected by applicable law. Everyone is entitled to a work environment that is free of discrimination, harassment, intimidation, and coercion.

We believe an inclusive and supportive work environment promotes productivity, work performance, and job satisfaction. We strive to foster an environment where all are treated with respect and their unique strengths are valued, and we expect our team members to do their part to maintain that culture. As such, we encourage employees to always think before both speaking and acting. These same principles apply to the manner in which our team members engage with clients, vendors, subcontractors, colleagues, and beyond.

All employees are responsible for abiding by our discrimination and harassment policies located within the Employee Handbook and reporting any misconduct to Human Resources.

CODE OF CONDUCT 

> Treat others with respect. Always hire the best, most qualified candidates and suppliers, and remember that diverse experience and points of view drives innovation and success.

## COMPETE WITH INTEGRITY

Personal reputation and company reputation are intertwined, and we must therefore avoid interactions and activities that compromise (or appear to compromise) our ability to have fair dealings with, or make objective decisions when performing our work. In an industry filled with great competition, we at HITT keep our clients' interests at the forefront while maintaining an open and fair competitive environment. Avoid making negative comments about our competition. Our clients care about the way we conduct ourselves, not our opinion of others.

## AVOID CONFLICTS OF INTEREST

Avoiding conflicts of interest is crucial to fair and open competition and developing trust. Conflicts of interest arise when a subcontractor, consultant or employee has past, present, or future personal or competing interests in a project that may diminish their ability to provide impartial, objective assistance, or result in being given an unfair competitive advantage. HITT team members must not engage in situations with clients, subcontractors, suppliers or competitors that could impair their ability to make fair business decisions. Employees and members of their immediate families must avoid having interests in entities that could create an appearance of impropriety in your dealings on behalf of HITT. Any perceived conflicts of interest must be reported immediately.

## TREAT SUBCONTRACTORS FAIRLY

All subcontractors deserve equal consideration. They are the lifeblood of our industry, and we have a responsibility to communicate directly and honestly. HITT encourages supplier diversity and the utilization of small business enterprises. We expect our employees to select subcontractors and suppliers based on best value, including quality, service, schedule, and price. Therefore, all subcontractors' bids must be objectively reviewed and given equal attention.

## DO NOT ENGAGE IN ANTI-TRUST & ANTI-COMPETITIVE PRACTICES

HITT complies with antitrust laws, which promote free and open competition in the marketplace. In doing so, our clients benefit by receiving the best product at the lowest price, and HITT benefits by competing on a fair and level playing field with competitors. Price-fixing, bid-rigging and market division are among the practices strictly prohibited under anti-corruption laws.



CODE OF CONDUCT    **HITT**



> Never give preferential treatment for personal or financial gain. Always make decisions and subcontractor selections based on what is best for the client and company as a whole. Be watchful of possible conflicts.

## RESPECT THE PROCESS

HITT fosters an entrepreneurial culture, given our core belief that new and different approaches and perspectives enhance value. However, we do so with respect to the processes and policies that have been developed throughout our company's long history. Guidelines may come from internal sources, clients, or our responsibilities as a government contractor. As we function as a government contractor in some of the work we do, we are particularly mindful of the processes and expectations outlined for those projects.

Compromising our process compromises our corporate reputation. All team members and representatives are expected to follow corporate policy, especially those that govern gifting, confidentiality, and record keeping.

> Respect company guidelines and never compromise accuracy, integrity, or confidentiality.

## CONFIDENTIALITY

Maintaining the trust and confidence of our clients is of the utmost importance. While performing the duties of their job, HITT team members may become privy to confidential, proprietary and/or government provided sensitive information. In these situations, team members may not disclose this information during or after their employment, except as necessary for performing the responsibilities of their role.

## RECORD-KEEPING & REPORTING

All team members are responsible for properly accounting for their labor, travel, material and other costs and bear ultimate responsibility for ensuring that their charges not only comply with applicable policies but are also accurately recorded and charged to HITT's records. Costs incurred on a job must stay on the original job. Moving costs from one job to another is not permitted unless the cost was posted incorrectly. The integrity of our record-keeping and client billing processes shall not be compromised.

CODE OF CONDUCT    **HITT**

## GIFTING (MEALS, REFRESHMENTS, ENTERTAINMENT, ETC.)

When building a relationship or working with a government entity, team members must be mindful of the following: The giving or receiving of gifts by government personnel must follow the guidelines set forth by the Federal Acquisition Regulation ("FAR") pursuant to FAR Part 3.

Depending on the circumstances, giving or receiving gifts and entertainment from non-governmental personnel can be inappropriate or even illegal, and must be approached with sensitivity.

Additional guidance can be found within the HITT Employee Handbook and the Travel & Expense Policy.



### THE DO'S & DON'TS OF GIFT-GIVING AND RECEIVING:

- Never engage in giving or receiving money.

- Never give or receive a gift or entertainment that is (or could be) intended to influence team member behavior.

- Never encourage or solicit gifts or entertainment of any kind.

- Only accept non-monetary gifts or entertainment from an individual or entity with which the company conducts business, provided that such gifts or entertainment are for a legitimate and identifiable business purpose.

- Yield to the acting Corporate Compliance Officer to authorize the expenditure of a non-monetary gifts or entertainment with a value equal to or less than $500 in the aggregate over any calendar year to an individual or entity with who the Company conducts business provided it is for a legitimate and identifiable business purpose

## RESPONSIBILITY FOR PEOPLE & PLANET

We take our obligation to protect the health and safety of our team members, subcontractors, and others very seriously. This includes both physical health and workplace safety concerns. Similarly, we see it as our corporate responsibility to care for the environment and give back to the communities where we do business. All team members are expected to act in a way that promotes these core values.

### SAFETY & HEALTH

As a condition of employment, team members are required to review and comply with HITT's Drug and Alcohol Free Workplace Policy, which includes drug testing of all prospective team members. We expect all team members to review and understand the HITT Safety Manual, ensuring they are well-versed in the Company's safety program and applicable laws.

All of us are responsible for keeping one another safe and to protect the planet in which we all work and live.

CODE OF CONDUCT



Any and all team members are empowered to stop an unsafe act. Never instruct or allow an employee to perform a task that could cause harm to themselves or another person. The health and safety of the public, our employees, subcontractors, and clients is priority number one. Any safety concerns or suggestions for improvement should be directed to the Vice President of Safety, or delivered anonymously via the Compliance & Ethics Hotline.

## ENVIRONMENTAL & SOCIAL RESPONSIBILITY

HITT fully complies with all applicable federal, state and local environmental laws, standards and guidelines. From properly storing and disposing of hazardous materials and recycling construction waste to using low emitting products or regionally manufactured products whenever feasible, we pride ourselves on operating in a manner that is environmentally responsible. Additionally, we see helping clients achieve their sustainability goals through third party certifications as a direct extension of our responsibilities.



## CONTACTING THE COMPLIANCE & ETHICS HOTLINE

The five principles outlined within this Code reflect HITT's expectation for responsible and ethical conduct by all team members. Our people are our most valuable resource and play a vital role in the quality of our projects, client and contractor relationships, as well as the ongoing success of our company. HITT hires the best and brightest with the expectation that each team member will adhere to the guidelines set forth in this Code.

Should any team member feel they've witnessed or been part of a behavior that violates this code, we encourage they come forward and share this information.

All inquiries, complaints and investigations will be treated confidentially. Every effort will be made to ensure the protection of complainants and witnesses from retaliation, which will not be tolerated under any circumstances. All feedback is catalogued and is used to promote continuous improvement within the company. Additional detail on any element of the five principles outlined within this Code is available upon request by emailing TellHITT@GetInTouch.com.

To anonymously report an issue or to ask a question, please contact the Compliance & Ethics Hotline at 844.640.4488 or by email at TellHITT@GetInTouch.com. Team members may also contact HITT's acting Corporate Compliance Officer, Ashley Campbell, Senior Vice President of Human Resources.

# IN THE SUPERIOR COURT OF FAYETTE COUNTY
## STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>2025V-0762</u>

Newson-Pace, Cheree newson, AKA Pace
Alton , Matthews R
Charlie, Williams
_____
**PLAINTIFF**

                                      **VS.**

Construction safety experts
Savi EHS, DBA The amphibious group
HITT Contracting Inc, DBA Corporation
Service Company
Brigada Co/ Brigada LLC, DBA WSB
Management LLC
_____
**DEFENDANTS**


**SUMMONS**

TO: CONSTRUCTION SAFETY EXPERTS

       You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

       **Cheree Newson Pace**

       **855 Streamside Drive**
       **McDonough, Georgia 30252**
       **chereenpace@gmail.com**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

       If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 7th day of August, 2025.**

                       Clerk of Superior Court

**IN THE SUPERIOR COURT OF FAYETTE COUNTY**
**STATE OF GEORGIA**

_____

Sheila Studdard, Clerk
Fayette County, Georgia

# IN THE SUPERIOR COURT OF FAYETTE COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>2025V-0762</u>

Newson-Pace, Cheree newson, AKA Pace
Alton , Matthews R
Charlie, Williams

_____

**PLAINTIFF**

**VS.**

Construction safety experts
Savi EHS, DBA The amphibious group
HITT Contracting Inc, DBA Corporation
Service Company
Brigada Co/ Brigada LLC, DBA WSB
Management LLC

_____

**DEFENDANTS**


**SUMMONS**

TO: SAVI EHS

You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

**Cheree Newson Pace**

**855 Streamside Drive**
**McDonough, Georgia 30252**
**chereenpace@gmail.com**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 7th day of August, 2025.**

Clerk of Superior Court

**IN THE SUPERIOR COURT OF FAYETTE COUNTY**
**STATE OF GEORGIA**

_____

Sheila Studdard, Clerk
Fayette County, Georgia

# IN THE SUPERIOR COURT OF FAYETTE COUNTY
## STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>2025V-0762</u>

Newson-Pace, Cheree newson, AKA Pace
Alton , Matthews R
Charlie, Williams

_____

**PLAINTIFF**

**VS.**

Construction safety experts
Savi EHS, DBA The amphibious group
HITT Contracting Inc, DBA Corporation
Service Company
Brigada Co/ Brigada LLC, DBA WSB
Management LLC

_____

**DEFENDANTS**

**SUMMONS**

TO: HITT CONTRACTING INC

      You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

**Cheree Newson Pace**

**855 Streamside Drive**
**McDonough, Georgia 30252**
**chereenpace@gmail.com**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

      If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 7th day of August, 2025.**

Clerk of Superior Court

## IN THE SUPERIOR COURT OF FAYETTE COUNTY
## STATE OF GEORGIA

_____

Sheila Studdard, Clerk
Fayette County, Georgia

# IN THE SUPERIOR COURT OF FAYETTE COUNTY
## STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>2025V-0762</u>

Newson-Pace, Cheree newson, AKA Pace
Alton , Matthews R
Charlie, Williams
_____

**PLAINTIFF**

**VS.**

Construction safety experts
Savi EHS, DBA The amphibious group
HITT Contracting Inc, DBA Corporation
Service Company
Brigada Co/ Brigada LLC, DBA WSB
Management LLC
_____

**DEFENDANTS**

### SUMMONS

TO: BRIGADA CO/ BRIGADA LLC

You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

**Cheree Newson Pace**

**855 Streamside Drive**
**McDonough, Georgia 30252**
**chereenpace@gmail.com**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 7th day of August, 2025.**

Clerk of Superior Court

**IN THE SUPERIOR COURT OF FAYETTE COUNTY
STATE OF GEORGIA**

_____

Sheila Studdard, Clerk
Fayette County, Georgia

**General Civil and Domestic Relations Case Filing Information Form**

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FAYETTE COUNTY, GEORGIA

**2025V-0762**

RHONDA B KREUZIGER

AUG 07, 2025 09:26 AM

Sheila Studdard, Clerk
Fayette County, Georgia

☑ **Superior or** ☐ **State Court of** _Fayette_ _____ **County**

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** _08-07-2025_ | **Case Number** _2025V-0762_ |
| **MM-DD-YYYY** | |

### Plaintiff(s)

Newson-Pace, Cheree

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Alton , Matthews R | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| Charlie, Williams | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |

### Defendant(s)

Construction safety experts

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Savi EHS | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| HITT Contracting Inc | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| Brigada Co/ Brigada LLC | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |

**Plaintiff's Attorney** _____ **Bar Number** _____ **Self-Represented** ☑

**Check one case type and, if applicable, one sub-type in one box.**

| **General Civil Cases** |
|---|
| ☐ **Automobile Tort** |
| ☐ **Civil Appeal** |
| ☐ **Contract** |
| ☐ **Contempt/Modification/Other Post-Judgment** |
| ☐ **Garnishment** |
| ☑ **General Tort** |
| ☐ **Habeas Corpus** |
| ☐ **Injunction/Mandamus/Other Writ** |
| ☐ **Landlord/Tenant** |
| ☐ **Medical Malpractice Tort** |
| ☐ **Product Liability Tort** |
| ☐ **Real Property** |
| ☐ **Restraining Petition** |
| ☐ **Other General Civil** |

| **Domestic Relations Cases** |
|---|
| ☐ **Adoption** |
| ☐ **Contempt** |
|     ☐ **Non-payment of child support, medical support, or alimony** |
| ☐ **Dissolution/Divorce/Separate Maintenance/Alimony** |
| ☐ **Family Violence Petition** |
| ☐ **Modification** |
|     ☐ **Custody/Parenting Time/Visitation** |
| ☐ **Paternity/Legitimation** |
| ☐ **Support – IV-D** |
| ☐ **Support – Private (non-IV-D)** |
| ☐ **Other Domestic Relations** |

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ _____
    **Case Number**                **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

SHERIFF'S ENTRY OF SERVICE                                    SC-85-2                    CLERK OF SUPERIOR CO., COVINGTON, GA 30015

| | Superior Court | ☒ | Magistrate Court | ☐ |
|---|---|---|---|---|
| Civil Action No. **2025 V-0762** | State Court | ☐ | Probate Court | ☐ |
| Date Filed **8/7/25** | Juvenile Court | ☐ | | |

Georgia, **Fayette** COUNTY

**Cheree Newson-Pace, Alton R. Matthews, Charlie Williams**

Plaintiff

Attorney's Address

VS.

**Hitt Contracting Inc, SAVI EHS Amphibious Group, Brigada Co, Certified Safety Experts**

Defendant

Name and Address of Party to be Served.

**Hitt Contracting Inc.
% CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046**

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑ I have this day served the defendant **Hitt Contracting % CT Corp System** personally with a copy of the within action and summons. **11:26 AM**      **% Jane Richardson**

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:

age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation

by leaving a copy of the within action and summons with _____

in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **8th** day of **August**, 20 **25**.

**Sharon Snellings
Citizen Process Server** DEPUTY

SHERIFF DOCKET_____ PAGE _____

Civil Action No. __2025V-0762__

Date Filed __8/7/25__

Superior Court ☒   Magistrate Court ☐
State Court ☐   Probate Court ☐
Juvenile Court ☐

Georgia, __Fayette__ COUNTY

__Cheree Newson-Pace, Alton R. Matthews, Charlie Williams__
_____ Plaintiff

Attorney's Address

VS.

Name and Address of Party to be Served.

__Brigada Co.__
__9 S. Peachtree St.__
__Norcross, GA 30071__

__Hitt Contracting Inc., SAV, EHS Amphibious Group, Brigada Co; Certified Safety Experts__
_____ Defendant

_____ Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☒ I have this day served the defendant __Brigada Co. through attorney William Daniel__ 404-869-9600 personally with a copy of the within action and summons. __Law Firm 400 Interstate N. Parkway SE Atlanta GA Suite 900 30339. Davis, accepted Jennifer Wagner per attorney Davis at 10:35 AM__

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:

age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __18th__ day of __August__, 20__25__.

_Sharon Snelling_
_Certified Process Server_ DEPUTY

SHERIFF DOCKET_____ PAGE _____

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FAYETTE COUNTY, GEORGIA

**2025V-0762**
**RHONDA B KREUZIGER**
**AUG 21, 2025 03:06 PM**

Sheila Studdard, Clerk
Fayette County, Georgia

## IN THE SUPERIOR COURT OF FAYETTE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CHEREE NEWSON-PACE, <br> ALTON R. MATTHEWS, and <br> CHARLIE WILLIAMS, <br><br>     Plaintiffs, <br><br>     vs. <br><br> HITT CONTRACTING, INC., <br> SAVI EHS, BRIGADA CO., and <br> CERTIFIED SAFETY EXPERTS, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2025V-0762 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER SCHEDULING HEARING

The parties are hereby ordered to appear before this Court on the five-day *Civil Motions Calendar* beginning at **9:00 A.M. on September 22, 2025,** in the Fayette County Courthouse, Fayetteville, Georgia for a *Hearing* on the *Defendant Brigada LLC f/k/a Brigada Co.'s Motion (1) for Partial More Definite Statement; and (2) to Partially Dismiss for Failure to State a Claim.*

**SO ORDERED** this the _2 / _ day of August, 2025.

**Rhonda Bender Kreuziger**
Judge, Superior Court of Fayette County
Griffin Judicial Circuit

By signature on this Order, the Judge certifies that
a copy of this Order has been served via PeachCourt
or other electronic means generated upon the e-filing
of same and that a member of the Judge's staff has
served unrepresented litigants via U.S. Mail at the
address on file with the Clerk of Superior Court.
E-File No. XQS7LSC3

## AFFIDAVIT OF SERVICE

⊕ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FAYETTE COUNTY, GEORGIA

**2025V-0762**
RHONDA B KREUZIGER
AUG 25 2025 04:53 PM
Civil Action Court

Sheila Studdard, Clerk
Fayette County, Georgia

**State of Georgia**                    **County of Fayette**

Case Number: 2025V-0762

Plaintiff: **NEWSON-PACE, CHEREE NEWSON, aka PACE
ALTON, MATHEWS R
CHARLIE, WILLIAMS**
vs.
Defendant: **CONSTRUCTION SAFETY EXPERTS
Savi EHS, dba THE AMPHIBIOUS GROUP
HITT CONTRACTING INC, dba
CORPORATION SERVICE COMPANY
BRIGADA Co/ BRIGADA LLC, dba
WSB MANAGEMENT LLC**

For:
Cheree Newson Pace
855 Streamside Drive
McDonough, GA 30252

Received by Anthony Baker on the 8th day of August, 2025 at 12:05 pm to be served on **Construction Safety Experts, The Amphibious Group, LLC Registered Agent Terence Curran, 5639 Hansel Avenue, Orlando, FL 32809**.

I, Anthony Baker, being duly sworn, depose and say that on the **12th day of August, 2025** at **10:14 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT, EXHIBITS, WITNESS STATEMENTS.** with the date and hour of service endorsed thereon by me, to: **Terence Curran** at the address of: **5639 Hansel Avenue, Orlando, FL 32809**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: W, Height: 5'10", Weight: 180, Hair: Baseball Cap, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

I declare under penalty of perjury that this information is true.

State of Florida
County of Orange

Sworn to (or affirm) and subscribed before me by means of [✓] physical presence or [ ] online notarization, this _13_ day of _August_, 2025, by Anthony Baker.

_____
(Signature of Notary)

[ ] Personally Known OR
[✓] Produced Identification
Type of Identification: _Florida Drivers License_



ERIC HOMAR
Notary Public - State of Florida
Commission # HH 578742
My Comm. Expires Aug 5, 2028

_____
**Anthony Baker**
Process Server #628        _8/13/25_
_____
Date

**Blue Stars Enterprises, LLC
501 S. Kirkman Rd., #616791
Orlando, FL 32811
(321) 393-1133**

Our Job Serial Number: BTR-2025000037

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FAYETTE COUNTY, GEORGIA

**2025V-0762**

**RHONDA B KREUZIGER**
**AUG 27, 2025 10:41 AM**

Sheila Studdard, Clerk
Fayette County, Georgia

CHEREE NEWSON- PACE, ALTON R. MATTHEWS, and CHARLIE WILLIAMS,

Plaintiffs,

v.

HITT CONTRACTING INC., SAVI EHS / Amphibious Group, BRIGADA CO/BRIGADA LLC``, CERTIFIED SAFETY EXPERTS,

Defendants.

CIVIL ACTION FILE NO.: 2025V-0762

## CERTIFICATE OF SERVICE

I hereby certify that on this **26th day of August, 2025**, I caused the foregoing:

**PLAINTIFFS' RESPONSE TO BRIGADA CO.'S MOTION TO DISMISS AND JOINT MOTION FOR LEAVE TO AMEND COMPLAINT**

to be served via **statutory electronic service** by emailing a true and correct copy in **.pdf** format with the subject line **"STATUTORY ELECTRONIC SERVICE"** to the following counsel of record:

**William Daniel Davis** Georgia Bar No. 746811 ICHTER DAVIS LLC 400 Interstate N. Parkway SE, Suite 860 Atlanta, Georgia 30339 Tel: (404) 869-5261 Email: **ddavis@ichterdavis.com** *Attorneys for Defendant Brigada LLC*

The email was sent from **chereenpace@gmail.com**, with **Charlie Williams** and **Alton Matthews** copied.

/s/ Cheree Newson Pace
/s/ Alton Matthews
/s/ Charlie Williams